

FILED
CLERK, U.S. DISTRICT COURT

APR 2 4 2020

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

### [ON APPEAL FROM THE
### CENTRAL DISTRICT BANKRUPTCY COURT]

GARY J. SROKA,

      Appellant,

vs.

BANK OF AMERICA; et al.;

      Appellee(s).

Case No. 8:19-cv-2496-PA

Civ. 8:19-cv-00807-AG-ADS
BAP Case No. CC-19-1314
Adv. Pro. No. 8:19-ap-01097-TA
BK No. 19-bk-11841-TA

---

## APPELLANT'S EXCERPTS FROM THE RECORD ON APPEAL
[filed concurrently with the Informal Opening brief]

Gary James Sroka, Appellant, Pro se
324 Via Promesa
San Clemente, CA 92673
(949) 285-8665
gary@sterlingctc.com

**ORIGINAL**

**Excerpt No.   "1"**

**NoFeeRequired, DISMISSED, APPEAL**

# U.S. Bankruptcy Court
## Central District of California (Santa Ana)
### Adversary Proceeding #: 8:19-ap-01097-TA

*Assigned to:* Theodor Albert              *Date Filed:* 05/28/19
*Lead BK Case:* <u>19-11841</u>              *Date Dismissed:* 11/25/19
*Lead BK Title:* Gary James Sroka
*Lead BK Chapter:* 7
*Demand:* $6972000

*Nature[s] of Suit:*  14 Recovery of money/property - other
                      91 Declaratory judgment
                      01 Determination of removed claim or cause
                      02 Other (e.g. other actions that would have been brought in state court if unrelated
                         to bankruptcy)

### Plaintiff
------------------

**Gary Sroka,**           represented **Gary Sroka**
*equitable*                by PRO SE
*beneficial title*
*owner regarding*
*"NAME": Gary*
*James Sroka*
324 Via Promesa
San Clemente, CA
949-285-6885
*dba* **Gary J Sroka**
*dba* **Gary Sroka**

V.

### Defendant
------------------

**Mr Cooper**            represented **Dane W Exnowski**
                          by McCalla Raymer Leibert Pierce, LLP
                          301 E. Ocean Blvd., Suite 1720
                          Long Beach, CA 90802
                          (562) 983-5371
                          Fax : 562-983-5365
                          Email: <u>dane.exnowski@mccalla.com</u>

*Defendant*

**Real Time**
**Resolutions Inc**
                    represented **Sharon L Hightower**
                    by Ericksen Arbuthnot
                        152 North Third Street Ste 700
                        San Jose, CA 95112
                        (408) 286-0880
                        Fax : (408) 286-0337
                        *LEAD ATTORNEY*

                        **Nathaniel R Lucey**
                        Ericksen Arbuthnot
                        152 N Third St, Ste 700
                        San Jose, CA 95112
                        408-286-0880
                        Fax : 408-286-0337

*Defendant*

**Nationstar**
**Mortgage LLC,**
*c/o NBS Default*
*Servicces LLC*
                    represented **Nationstar Mortgage LLC**
                    by PRO SE

*Defendant*

**Bank of America**
**N A**
                    represented **E. Christine Hehir**
                    by McGuireWoods LLP
                        1800 Century Park E 8th Fl
                        Los Angeles, CA 90067-1501
                        310-315-8200
                        Fax : 310-315-8210
                        Email: chehir@mcguirewoods.com

                        **Ethan Schatz**
                        San Francisco, CA 94111
                        Email: eschatz@mcguirewoods.com
                        *TERMINATED: 01/15/2020*

*Defendant*

**Wells Fargo**
**Bank, National**
**Association,**
**Successor By**
                    represented **Wells Fargo Bank, National Association, Successor By Merger To We**
                    by PRO SE

Merger To Wells
Fargo Bank
Minnesota,
National
Association, *As
Trustee For Bank
Of America
Mortgage
Securities, Inc.
Mortgage Pass-
Through
Certificates Series
2003-D,*


*Trustee*
------------------------
**Richard A**
**Marshack (TR)**
Marshack Hays
LLP
870 Roosevelt
Irvine, CA 92620
949-333-7777


*U.S. Trustee*
------------------------
**United States**
**Trustee (SA)**
411 W Fourth St.,
Suite 7160
Santa Ana, CA
92701-4593
(714) 338-3400

| Filing Date | # | Docket Text |
|---|---|---|
| 05/28/2019 | <u>1</u><br>(46 pgs; 2 docs) | Adversary case 8:19-ap-01097. Complaint by Gary Sroka against Mr Cooper , Real Time Resolutions Inc , Nationstar Mortgage LLC , Bank of America N A, Wells Fargo Bank, National Association; Successor By Merger To Wells Fargo Bank Minnesota, National Association. (Fee Not Required). Nature of Suit: (14 (Recovery of money/property - other)) ,(91 (Declaratory judgment)) ,(01 (Determination of removed claim or cause)) ,(02 (Other (e.g. other |

| | | |
|---|---|---|
| | | actions that would have been brought in state court if unrelated to bankruptcy))) (Shimizu, Tina) Additional attachment(s) added on 5/28/2019 (Shimizu, Tina). (Entered: 05/28/2019) |
| 05/28/2019 | | Receipt of Adversary Filing Fee - $0.00 by 12. Receipt Number 80073394. (admin) (Entered: 05/28/2019) |
| 05/29/2019 | 2 (4 pgs) | Summons Issued on Bank of America N A Date Issued 5/29/2019, Answer Due 6/28/2019; Mr Cooper Date Issued 5/29/2019, Answer Due 6/28/2019; Nationstar Mortgage LLC Date Issued 5/29/2019, Answer Due 6/28/2019; Real Time Resolutions Inc Date Issued 5/29/2019, Answer Due 6/28/2019; Wells Fargo Bank, National Association, Successor By Merger To Wells Fargo Bank Minnesota, National Association Date Issued 5/29/2019, Answer Due 6/28/2019 (RE: related document(s)1 Complaint filed by Plaintiff Gary Sroka) Status hearing to be held on 8/15/2019 at 10:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (Steinberg, Elizabeth) (Entered: 05/29/2019) |
| 06/25/2019 | 3 (10 pgs) | Motion to Dismiss Adversary Proceeding Filed by Creditors 3.Wells Fargo Bank, N.A. as Trustee for the Certificateholders of Banc of America Mortgage Securities, Inc., Mortgage Pass-Through Certificates, Series 2003-D, 2.NBS Default Services, LLC, 1.Nationstar Mortgage LLC d/b/a/ Mr. Cooper (Exnowski, Dane) (Entered: 06/25/2019) |
| 06/25/2019 | 4 | Hearing Set (RE: related document(s)3 Motion to Dismiss Adversary Proceeding filed by Creditor 1.Nationstar Mortgage LLC d/b/a/ Mr. Cooper, Creditor 2.NBS Default Services, LLC, Creditor 3.Wells Fargo Bank, N.A. as Trustee for the Certificateholders of Banc of America Mortgage Securities, Inc., Mortgage Pass-Through Certificates, Series 2003-D) The Hearing date is set for 8/8/2019 at 11:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (Deramus, Glenda) (Entered: 06/25/2019) |
| 06/27/2019 | 6 (2 pgs) | Notice of Respondent/Motion to Dismiss Claimant's Declaratory Relief For A Declaratory Judgment |

|  |  |  |
|---|---|---|
|  |  | Pursuant To Federal Rules Of Civil Procedure Rule 12(b)(6) For Lacking Of Standing Filed by Defendant Real Time Resolutions Inc [ORDER TO CHAMBERS 6-27-19] (Deramus, Glenda) (Entered: 06/28/2019) |
| 06/27/2019 | 7 | Hearing Set (RE: related document(s)6 Motion to Dismiss Adversary Proceeding filed by Defendant Real Time Resolutions Inc) The Hearing date is set for 8/29/2019 at 11:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (Deramus, Glenda) (Entered: 06/28/2019) |
| 06/27/2019 | 8 (10 pgs) | Respondent Real Time Resolutions, Inc's Request for Judicial Notice In Support Of Its Motion To Dismiss Claimant's Declaratory Relief For A Declaratory Judgment Pursuant To Federal Rules Of Civil Procedures Rule 12(b)(6) For Lack Of Standing Filed by Defendant Real Time Resolutions Inc (RE: related document(s)6 Motion to Dismiss Adversary Proceeding). (Deramus, Glenda) (Entered: 06/28/2019) |
| 06/27/2019 | 9 (6 pgs) | Memorandum of Points and Authorities In Support of It's Motion To Dismiss Pursuant To Federal Rules Of Civil Procedure Rule 12(b)(6) For Lack Of Standing Filed by Defendant Real Time Resolutions Inc . (Deramus, Glenda) (Entered: 06/28/2019) |
| 06/27/2019 | 10 (3 pgs) | Certificate of Service Filed by Defendant Real Time Resolutions Inc (RE: related document(s)6 Motion to Dismiss Adversary Proceeding, 7 Hearing (Adv Motion) Set, 8 Request for judicial notice, 9 Memorandum of points and authorities). (Deramus, Glenda) (Entered: 06/28/2019) |
| 06/28/2019 | 5 (3 pgs) | Notice of motion/application *of Defendant Bank of America, N.A.'s Joinder in Defendants Motion to Dismiss the Adversary Complaint* Filed by Defendant Bank of America N A (RE: related document(s)3 Motion to Dismiss Adversary Proceeding Filed by Creditors 3.Wells Fargo Bank, N.A. as Trustee for the Certificateholders of Banc of America Mortgage Securities, Inc., Mortgage Pass-Through Certificates, Series 2003-D, 2.NBS Default Services, LLC, 1.Nationstar Mortgage LLC d/b/a/ Mr. Cooper filed |

| | | |
|---|---|---|
| | | by Creditor 1.Nationstar Mortgage LLC d/b/a/ Mr. Cooper, Creditor 2.NBS Default Services, LLC, Creditor 3.Wells Fargo Bank, N.A. as Trustee for the Certificateholders of Banc of America Mortgage Securities, Inc., Mortgage Pass-Through Certificates, Series 2003-D). (Schatz, Ethan) (Entered: 06/28/2019) |
| 07/19/2019 | <u>11</u><br>(8 pgs) | Opposition to Respondent Real Time Resolutions Inc Motion to Dismiss Declaratory Relief; Claimant Named by Misnomer (related document(s): <u>6</u> Motion to Dismiss Adversary Proceeding filed by Defendant Real Time Resolutions Inc;) Filed by Plaintiff Gary Sroka (Daniels, Sally) (Entered: 07/22/2019) |
| 07/22/2019 | <u>12</u><br>(12 pgs) | Evidentiary Objection to the Motion to Dismiss in Support of Notice of Non-Receipt of Pleading From Mr Cooper; Wells Fargo Bank, National Association; Successor by Merger to Wells Fargo Bank Minnesota National Association; as Trustee for Bank of America Mortgage Securities, Inc Mortgage Pass-Through Certificates Series 2003-D Documented by Bank of America, NA and Opposition to Joinder, Motion to Dismiss Declaratory Relief (related document(s): <u>6</u> Motion to Dismiss Adversary Proceeding filed by Defendant Real Time Resolutions Inc); Filed by Plaintiff Gary Sroka (Daniels, Sally) (Entered: 07/23/2019) |
| 07/22/2019 | <u>13</u><br>(6 pgs) | Notice of Non-Receipt of Pleading from Mr Cooper; Wells Fargo Bank, National Association; Successor by Merger to Wells Fargo Bank Minnesota National Association; as Trustee for Bank of America Mortgage Securities, Inc Mortgage Pass-Through Certificates Series 2003-D Documented by Bank of America, NA Joinder; Filed by Plaintiff Gary Sroka (RE: related document(s)<u>3</u> Motion to Dismiss Adversary Proceeding Filed by Creditors 3.Wells Fargo Bank, N.A. as Trustee for the Certificateholders of Banc of America Mortgage Securities, Inc., Mortgage Pass-Through Certificates, Series 2003-D, 2.NBS Default Services, LLC, 1.Nationstar Mortgage LLC d/b/a/ Mr. Cooper filed by Creditor 1.Nationstar Mortgage LLC d/b/a/ Mr. Cooper, Creditor 2.NBS Default Services, LLC, Creditor 3.Wells Fargo Bank, N.A. as Trustee for the Certificateholders of Banc of America Mortgage Securities, Inc., Mortgage Pass-Through Certificates, |

| | | |
|---|---|---|
| | | Series 2003-D). (Daniels, Sally) (Entered: 07/23/2019) |
| 07/22/2019 | <u>14</u><br>(42 pgs) | Notice of Opposition to Bank of America, NA Joinder (related document(s): <u>3</u> Motion to Dismiss Adversary Proceeding filed by Creditor 1.Nationstar Mortgage LLC d/b/a/ Mr. Cooper, Creditor 2.NBS Default Services, LLC, Creditor 3.Wells Fargo Bank, N.A. as Trustee for the Certificateholders of Banc of America Mortgage Securities, Inc., Mortgage Pass-Through Certificates, Series 2003-D); Filed by Plaintiff Gary Sroka (Daniels, Sally) (Entered: 07/23/2019) |
| 07/22/2019 | <u>15</u><br>(4 pgs) | Proof of service as to Bank of America NA RE: Summons and Notice of Status Conference in Adversary Complaint; Adversary Complaint; Filed by Plaintiff Gary Sroka (RE: related document(s)<u>1</u> Complaint). (date of service not entered on pdf) (Daniels, Sally) (Entered: 07/23/2019) |
| 07/22/2019 | <u>16</u><br>(4 pgs) | Proof of service as to Wells Fargo Bank, National Association RE: Summons and Notice of Status Conference in Adversary Complaint; Adversary Complaint; Filed by Plaintiff Gary Sroka (RE: related document(s)<u>1</u> Complaint). (date of service not entered on PDF) (Daniels, Sally) (Entered: 07/23/2019) |
| 07/22/2019 | <u>17</u><br>(4 pgs) | Proof of service as to Mr Cooper RE: Summons and Notice of Status Conference in Adversary Complaint; Adversary Complaint; Filed by Plaintiff Gary Sroka (RE: related document(s)<u>1</u> Complaint). (date of service not entered on PDF) (Daniels, Sally) (Entered: 07/23/2019) |
| 07/22/2019 | <u>18</u><br>(4 pgs) | Proof of service as to Nationstar Mortgage LLC RE: Summons and Notice of Status Conference in Adversary Complaint; Adversary Complaint; Filed by Plaintiff Gary Sroka (RE: related document(s)<u>1</u> Complaint). (date of service not entered on PDF) (Daniels, Sally) (Entered: 07/23/2019) |
| 07/22/2019 | <u>19</u><br>(4 pgs) | Proof of service as to Real Time Resolutions Inc RE: Summons and Notice of Status Conference in Adversary Complaint; Adversary Complaint; Filed by Plaintiff Gary Sroka (RE: related document(s)<u>1</u> |

| | | |
|---|---|---|
| | | Complaint). (date of service not entered on PDF) (Daniels, Sally) (Entered: 07/23/2019) |
| 08/07/2019 | <u>20</u> (29 pgs) | Plaintiff's Declaration Re: Misnomer Of Name Filed by Plaintiff Gary Sroka . (Deramus, Glenda) (Entered: 08/07/2019) |
| 08/08/2019 | <u>21</u> (4 pgs) | Notice of lodgment *of Order Granting Motion to Dismiss with Leave to Amend* Filed by Creditors 1.Nationstar Mortgage LLC d/b/a/ Mr. Cooper, 2.NBS Default Services, LLC, 3.Wells Fargo Bank, N.A. as Trustee for the Certificateholders of Banc of America Mortgage Securities, Inc., Mortgage Pass-Through Certificates, Series 2003-D (RE: related document(s)<u>3</u> Motion to Dismiss Adversary Proceeding Filed by Creditors 3.Wells Fargo Bank, N.A. as Trustee for the Certificateholders of Banc of America Mortgage Securities, Inc., Mortgage Pass-Through Certificates, Series 2003-D, 2.NBS Default Services, LLC, 1.Nationstar Mortgage LLC d/b/a/ Mr. Cooper filed by Creditor 1.Nationstar Mortgage LLC d/b/a/ Mr. Cooper, Creditor 2.NBS Default Services, LLC, Creditor 3.Wells Fargo Bank, N.A. as Trustee for the Certificateholders of Banc of America Mortgage Securities, Inc., Mortgage Pass-Through Certificates, Series 2003-D). (Exnowski, Dane) (Entered: 08/08/2019) |
| 08/08/2019 | <u>22</u> (3 pgs) | Status report Filed by Creditors 1.Nationstar Mortgage LLC d/b/a/ Mr. Cooper, 2.NBS Default Services, LLC, 3.Wells Fargo Bank, N.A. as Trustee for the Certificateholders of Banc of America Mortgage Securities, Inc., Mortgage Pass-Through Certificates, Series 2003-D (RE: related document(s)<u>2</u> Summons Issued). (Exnowski, Dane) (Entered: 08/08/2019) |
| 08/08/2019 | 23 | Hearing Held (Bk Motion) (RE: related document(s) <u>3</u> Motion to Dismiss Adversary Proceeding) - MOTION IS GRANTED WITH 30 DAYS LEAVE TO AMEND. MOVANT TO SUBMIT ORDER (Deramus, Glenda) (Entered: 08/08/2019) |
| 08/15/2019 | <u>24</u> (2 pgs) | Order Granting Motion To Dismiss Complaint With Leave To Amend (BNC-PDF) Signed on 8/15/2019 (RE: related document(s)<u>3</u> Motion to Dismiss Adversary Proceeding filed by Creditor 1.Nationstar |

| | | |
|---|---|---|
| | | Mortgage LLC d/b/a/ Mr. Cooper, Creditor 2.NBS Default Services, LLC, Creditor 3.Wells Fargo Bank, N.A. as Trustee for the Certificateholders of Banc of America Mortgage Securities, Inc., Mortgage Pass-Through Certificates, Series 2003-D). (Steinberg, Elizabeth) (Entered: 08/15/2019) |
| 08/15/2019 | 25 (4 pgs) | Respondent Real Time Resolutions, Inc's Reply in Support of Its Motion to Dismiss Pursuant to Federal Rules of Civil Procedure Rule 12(b)(6) for Lack of Standing (related document(s): 6 Motion to Dismiss Adversary Proceeding filed by Defendant Real Time Resolutions Inc); Filed by Defendant Real Time Resolutions Inc (Daniels, Sally) (Entered: 08/15/2019) |
| 08/15/2019 | 26 (2 pgs) | Certificate of Service; Filed by Defendant Real Time Resolutions Inc (RE: related document(s)6 Motion to Dismiss Adversary Proceeding). (Daniels, Sally) (Entered: 08/15/2019) |
| 08/15/2019 | 27 | Hearing Continued (RE: related document(s)1 Complaint filed by Plaintiff Gary Sroka) CONTINUED Status hearing to be held on 9/26/2019 at 10:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert - DEFENDANTS TO GIVE NOTICE (Steinberg, Elizabeth) (Entered: 08/16/2019) |
| 08/17/2019 | 28 (3 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)24 Order (Generic) (BNC-PDF)) No. of Notices: 2. Notice Date 08/17/2019. (Admin.) (Entered: 08/17/2019) |
| 08/26/2019 | 29 (2 pgs) | Notice of Continued Status Conference on Adversary Complaint Filed by Defendant Mr Cooper. (Exnowski, Dane) (Entered: 08/26/2019) |
| 08/29/2019 | 30 | Hearing Held (Bk Motion) (RE: related document(s) 6 Motion to Dismiss Adversary Proceeding) - MOTION IS GRANTED. MOVANT TO SUBMIT ORDER (Deramus, Glenda) (Entered: 08/29/2019) |
| 09/09/2019 | 31 (7 pgs) | Notice of lodgment Of Order or Judgment In Adversary Proceeding Filed by Defendant Real Time Resolutions Inc (RE: related document(s)6 Notice of Respondent/Motion to Dismiss Claimant's |

| | | |
|---|---|---|
| | | Declaratory Relief For A Declaratory Judgment Pursuant To Federal Rules Of Civil Procedure Rule 12(b)(6) For Lacking Of Standing Filed by Defendant Real Time Resolutions Inc [ORDER TO CHAMBERS 6-27-19] filed by Defendant Real Time Resolutions Inc). (Deramus, Glenda) (Entered: 09/09/2019) |
| 09/12/2019 | <u>32</u><br>(35 pgs) | Plaintiff's Declaration Re: Assumed Name Filed by Plaintiff Gary Sroka . (Deramus, Glenda) (Entered: 09/13/2019) |
| 09/12/2019 | <u>33</u><br>(79 pgs) | First Amended Adversary Complaint by Gary Sroka against Mr Cooper . (RE: related document(s)<u>1</u> Adversary case 8:19-ap-01097. Complaint by Gary Sroka against Mr Cooper , Real Time Resolutions Inc , Nationstar Mortgage LLC , Bank of America N A, Wells Fargo Bank, National Association; Successor By Merger To Wells Fargo Bank Minnesota, National Association. (Fee Not Required). Nature of Suit: (14 (Recovery of money/property - other)) ,(91 (Declaratory judgment)) ,(01 (Determination of removed claim or cause)) ,(02 (Other (e.g. other actions that would have been brought in state court if unrelated to bankruptcy))) (Shimizu, Tina) Additional attachment(s) added on 5/28/2019 . filed by Plaintiff Gary Sroka). (Steinberg, Elizabeth) (Entered: 09/13/2019) |
| 09/19/2019 | <u>34</u> | Status report *Joint Status Report* Filed by Defendant Bank of America N A (RE: related document(s) 27 Hearing (Adv Other) Continued). (Schatz, Ethan) Warning: See docket entry no: 35 for corrective action. Modified on 9/20/2019 (Daniels, Sally). (Entered: 09/19/2019) |
| 09/20/2019 | 35 | Notice to Filer of Error and/or Deficient Document **Other - PDF document was not flattened prior to filing. Instructions for flattening a PDF document are available on the court's website under CM/ECF instructions to flatten PDF files. THE FILER IS INSTRUCTED TO RE-FILE THE FLATTENED DOCUMENT IMMEDIATELY** (RE: related document(s)<u>34</u> Status report filed by Defendant Bank of America N A) (Daniels, Sally) (Entered: 09/20/2019) |

| | | |
|---|---|---|
| 09/20/2019 | <u>36</u><br>(6 pgs) | Status report -*Joint Status Report [amended to flatten]* Filed by Defendant Bank of America N A (RE: related document(s)<u>34</u> Status report). (Schatz, Ethan) (Entered: 09/20/2019) |
| 09/23/2019 | <u>37</u><br>(5 pgs) | Joint Status report Filed by Plaintiff Gary Sroka (RE: related document(s)<u>1</u> Complaint). (Deramus, Glenda) (Entered: 09/23/2019) |
| 09/24/2019 | <u>38</u><br>(64 pgs; 2 docs) | Motion to Dismiss Adversary Proceeding *Notice of Motion and Motion to Dismiss Complaint with Prejudice Plaintiff's First Amended Complaint* Filed by Creditors 1.Nationstar Mortgage LLC d/b/a/ Mr. Cooper, 2.NBS Default Services, LLC, 3.Wells Fargo Bank, N.A. as Trustee for the Certificateholders of Banc of America Mortgage Securities, Inc., Mortgage Pass-Through Certificates, Series 2003-D (Attachments: # <u>1</u> Request for Judicial Notice and Exhibits) (Exnowski, Dane) Warning: See docket entry no: 39 for corrective action. Modified on 9/24/2019 (Daniels, Sally). (Entered: 09/24/2019) |
| 09/24/2019 | 39 | Notice to Filer of Error and/or Deficient Document **Incorrect hearing date/time/location was selected. October 24, 2019 is not an available date for this matter. THE FILER IS INSTRUCTED TO CONTACT JUDGE ALBERT'S COURTROOM DEPUTY TO SCHEDULE AN AVAILABLE HEARING DATE/TIME.** (RE: related document(s)<u>38</u> Motion to Dismiss Adversary Proceeding filed by Creditor 1.Nationstar Mortgage LLC d/b/a/ Mr. Cooper, Creditor 2.NBS Default Services, LLC, Creditor 3.Wells Fargo Bank, N.A. as Trustee for the Certificateholders of Banc of America Mortgage Securities, Inc., Mortgage Pass-Through Certificates, Series 2003-D) (Daniels, Sally) (Entered: 09/24/2019) |
| 09/26/2019 | 41 | Hearing Continued (RE: related document(s)<u>1</u> Complaint filed by Plaintiff Gary Sroka) CONTINUED Status hearing to be held on 11/7/2019 at 10:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (Steinberg, Elizabeth) (Entered: 09/27/2019) |
| 09/27/2019 | <u>40</u><br>(3 pgs) | Notice of Hearing *Amended Notice of Hearing on Motion to Dismiss First Amended Complaint with* |

| | | |
|---|---|---|
| | | *Prejudice* Filed by Creditors 1.Nationstar Mortgage LLC d/b/a/ Mr. Cooper, 2.NBS Default Services, LLC, 3.Wells Fargo Bank, N.A. as Trustee for the Certificateholders of Banc of America Mortgage Securities, Inc., Mortgage Pass-Through Certificates, Series 2003-D (RE: related document(s)38 Motion to Dismiss Adversary Proceeding *Notice of Motion and Motion to Dismiss Complaint with Prejudice Plaintiff's First Amended Complaint* Filed by Creditors 1.Nationstar Mortgage LLC d/b/a/ Mr. Cooper, 2.NBS Default Services, LLC, 3.Wells Fargo Bank, N.A. as Trustee for the Certificateholders of Banc of America Mortgage Securities, Inc., Mortgage Pass-Through Certificates, Series 2003-D (Attachments: # 1 Request for Judicial Notice and Exhibits) (Exnowski, Dane) Warning: See docket entry no: 39 for corrective action. Modified on 9/24/2019. filed by Creditor 1.Nationstar Mortgage LLC d/b/a/ Mr. Cooper, Creditor 2.NBS Default Services, LLC, Creditor 3.Wells Fargo Bank, N.A. as Trustee for the Certificateholders of Banc of America Mortgage Securities, Inc., Mortgage Pass-Through Certificates, Series 2003-D). (Exnowski, Dane) (Entered: 09/27/2019) |
| 09/27/2019 | 47 | Hearing Set (RE: related document(s)38 Motion to Dismiss Adversary Proceeding filed by Creditor 1.Nationstar Mortgage LLC d/b/a/ Mr. Cooper, Creditor 2.NBS Default Services, LLC, Creditor 3.Wells Fargo Bank, N.A. as Trustee for the Certificateholders of Banc of America Mortgage Securities, Inc., Mortgage Pass-Through Certificates, Series 2003-D) The Hearing date is set for 11/7/2019 at 11:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (Deramus, Glenda) (Entered: 09/30/2019) |
| 09/30/2019 | 42 (2 pgs) | Notice Of Respondent Real Time Solutions, Inc's Motion to Dismiss Plaintiff's First Amended Complaint Adversary Proceeding Filed by Defendant Real Time Resolutions Inc (Deramus, Glenda) (Entered: 09/30/2019) |
| 09/30/2019 | 43 | Hearing Set (RE: related document(s)42 Motion to Dismiss Adversary Proceeding filed by Defendant Real Time Resolutions Inc) The Hearing date is set for 11/7/2019 at 11:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is |

P 14

| | | | |
|---|---|---|---|
| | | | Theodor Albert (Deramus, Glenda) (Entered: 09/30/2019) |
| 09/30/2019 | 44 (7 pgs) | | Defendant Real Time Resolutions Inc Points and Authorities In Support Of Its Motion To Dismiss Plaintiff's First Amended Complaint Filed by Defendant Real Time Resolutions Inc . (Deramus, Glenda) (Entered: 09/30/2019) |
| 09/30/2019 | 45 (2 pgs) | | Certificate of Service Filed by Defendant Real Time Resolutions Inc (RE: related document(s)42 Motion to Dismiss Adversary Proceeding). (Deramus, Glenda) (Entered: 09/30/2019) |
| 09/30/2019 | 46 (3 pgs) | | Motion to Dismiss Adversary Proceeding *Defendant Bank of America, N.A.'s Joinder in Defendants Nationstar Mortgage LLC D/B/A/ Mr. Cooper, NBS Default Services, LLC and Wells Fargo Bank, N.A. as Trustee for the Certificateholders of Banc of America Mortgage Securities, Inc., Mortgage Pass-Through Certificates, Series 2003-D's Motion to Dismiss the First Amended Adversary Complaint* Filed by Defendant Bank of America N A (Schatz, Ethan) (Entered: 09/30/2019) |
| 10/24/2019 | 48 (10 pgs) | | Notice Of Opposition And Request For A Hearing (related document(s): 38 Motion to Dismiss Adversary Proceeding *Notice of Motion and Motion to Dismiss Complaint with Prejudice Plaintiff's First Amended Complaint* filed by Creditor 1.Nationstar Mortgage LLC d/b/a/ Mr. Cooper, Creditor 2.NBS Default Services, LLC, Creditor 3.Wells Fargo Bank, N.A. as Trustee for the Certificateholders of Banc of America Mortgage Securities, Inc., Mortgage Pass-Through Certificates, Series 2003-D) Filed by Plaintiff Gary Sroka (Deramus, Glenda) (Entered: 10/24/2019) |
| 10/30/2019 | 49 (8 pgs) | | Unilateral Status report Filed by Plaintiff Gary Sroka (RE: related document(s)1 Complaint). (Deramus, Glenda) (Entered: 10/31/2019) |
| 10/31/2019 | 50 (4 pgs) | | Defendant Real Time Resolutions, Inc.'s Reply To Plaintiff's Opposition To Defendant's Motion To Dismiss Plaintiff's First Amended Complaint (related document(s): 38 Motion to Dismiss Adversary Proceeding *Notice of Motion and Motion to Dismiss* |

| | | |
|---|---|---|
| | | *Complaint with Prejudice Plaintiff's First Amended Complaint* filed by Creditor 1.Nationstar Mortgage LLC d/b/a/ Mr. Cooper, Creditor 2.NBS Default Services, LLC, Creditor 3.Wells Fargo Bank, N.A. as Trustee for the Certificateholders of Banc of America Mortgage Securities, Inc., Mortgage Pass-Through Certificates, Series 2003-D) Filed by Defendant Real Time Resolutions Inc (Deramus, Glenda) (Entered: 11/01/2019) |
| 10/31/2019 | 51 (2 pgs) | Certificate of Service Filed by Defendant Real Time Resolutions Inc (RE: related document(s)38 Motion to Dismiss Adversary Proceeding *Notice of Motion and Motion to Dismiss Complaint with Prejudice Plaintiff's First Amended Complaint*). (Deramus, Glenda) (Entered: 11/01/2019) |
| 11/07/2019 | 52 (21 pgs) | Plaintiff's Affidavit RE Complaint Filed with Consumer Financial Protection Bureau; Filed by Plaintiff Gary Sroka (RE: related document(s)1 Complaint). (Daniels, Sally) (Entered: 11/07/2019) |
| 11/07/2019 | 53 | Hearing Held (Bk Motion) (RE: related document(s) 38 Motion to Dismiss Adversary Proceeding) - MOTION IS GRANTED. MOVANT TO SUBMIT ORDER (Deramus, Glenda) (Entered: 11/07/2019) |
| 11/07/2019 | 54 | Hearing Held (Bk Motion) (RE: related document(s) 42 Motion to Dismiss Adversary Proceeding) - MOTION IS GRANTED. MOVANT TO SUBMIT ORDER (Deramus, Glenda) Modified on 11/20/2019 (Deramus, Glenda). (Entered: 11/07/2019) |
| 11/07/2019 | 55 (21 pgs) | Plaintiff's Declaration re: Filed by Plaintiff Gary Sroka (RE: related document(s)42 Motion to Dismiss Adversary Proceeding). (Deramus, Glenda) (Entered: 11/08/2019) |
| 11/07/2019 | 56 | Hearing Continued (RE: related document(s)1 Complaint filed by Plaintiff Gary Sroka) Pre-Trial Conference set for 11/7/2019 at 10:00 AM at Crtrm 5B, 411 W Fourth St., Santa Ana, CA 92701. The case judge is Theodor Albert (Deramus, Glenda) - CORRECTION: THIS IS NOT THE CORRECT HEARING NOTE SEE DOCUMENT #58 Modified on 11/12/2019 (Deramus, Glenda). Modified on 11/20/2019 (Deramus, Glenda). (Entered: |

| | | 11/08/2019) |
|---|---|---|
| 11/07/2019 | 58 | Status Conference Hearing Held (RE: related document(s)1 Complaint filed by Plaintiff Gary Sroka) OFF CALENDAR AS MOOT (Deramus, Glenda) (Entered: 11/14/2019) |
| 11/08/2019 | 57<br>(15 pgs) | Notice of lodgment Filed by Creditors 1.Nationstar Mortgage LLC d/b/a/ Mr. Cooper, 2.NBS Default Services, LLC, 3.Wells Fargo Bank, N.A. as Trustee for the Certificateholders of Banc of America Mortgage Securities, Inc., Mortgage Pass-Through Certificates, Series 2003-D (RE: related document(s)38 Motion to Dismiss Adversary Proceeding *Notice of Motion and Motion to Dismiss Complaint with Prejudice Plaintiff's First Amended Complaint* Filed by Creditors 1.Nationstar Mortgage LLC d/b/a/ Mr. Cooper, 2.NBS Default Services, LLC, 3.Wells Fargo Bank, N.A. as Trustee for the Certificateholders of Banc of America Mortgage Securities, Inc., Mortgage Pass-Through Certificates, Series 2003-D (Attachments: # 1 Request for Judicial Notice and Exhibits) (Exnowski, Dane) Warning: See docket entry no: 39 for corrective action. Modified on 9/24/2019. filed by Creditor 1.Nationstar Mortgage LLC d/b/a/ Mr. Cooper, Creditor 2.NBS Default Services, LLC, Creditor 3.Wells Fargo Bank, N.A. as Trustee for the Certificateholders of Banc of America Mortgage Securities, Inc., Mortgage Pass-Through Certificates, Series 2003-D). (Exnowski, Dane) (Entered: 11/08/2019) |
| 11/20/2019 | 59<br>(12 pgs) | Order Granting Motion To Dismiss First Amended Complaint With Prejudice (BNC-PDF) (Related Doc # 38) - IT IS HEREBY ORDERED AND DECREED THAT: 1. THE MOTION IS GRANTED AND THE FIRST AMENDED COMPLAINT IS HEREBY DISMISSED IN ITS ENTIRETY WITHOUT LEAVE TO AMEND; AND ACCORDINGLY, 2. THE ABOVE-ENTITLED AND NUMBERED ACTION IS HEREBY DISMISSED WITH PREJUDICE AS TO DEFENDANTS AND BANK OF AMERICA, N.A. SO ORDERED Signed on 11/20/2019. (Deramus, Glenda) (Entered: 11/20/2019) |
| 11/20/2019 | 60<br>(1 pg) | Transcript Order Form , regarding Hearing Date 11/07/2019 Filed by Plaintiff Gary Sroka . (Daniels, |

| | | Sally) (Entered: 11/20/2019) |
|---|---|---|
| 11/21/2019 | 61 | Transcript Record Transmittal (Court transcript records have been uploaded to FDS). For Order Number: 19-TA-52. RE Hearing Date: 11/07/19, [TRANSCRIPTION SERVICE PROVIDER: Echo Reporting, Inc, Telephone number (858) 453-7590.] (RE: related document(s)60 Transcript Order Form (Public Request) filed by Plaintiff Gary Sroka) (Daniels, Sally) (Entered: 11/21/2019) |
| 11/22/2019 | 62 (13 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)59 Order on Motion to Dismiss Adversary Proceeding (BNC-PDF)) No. of Notices: 3. Notice Date 11/22/2019. (Admin.) (Entered: 11/22/2019) |
| 11/25/2019 | 63 (11 pgs) | Order Granting Respondent Real Time Resolution, Inc.'s Motion To Dismiss Plaintiff's First Amended Complaint (BNC-PDF) (Related Doc # 42) Signed on 11/25/2019. (Deramus, Glenda) (Entered: 11/25/2019) |
| 11/27/2019 | | Receipt of Appeal Filing Fee - $293.00 by 01. Receipt Number 80074376. (admin) (Entered: 11/27/2019) |
| 11/27/2019 | | Receipt of Notice of Appeal Fee - $5.00 by 01. Receipt Number 80074376. (admin) (Entered: 11/27/2019) |
| 11/27/2019 | 64 (12 pgs) | BNC Certificate of Notice - PDF Document. (RE: related document(s)63 Order on Motion to Dismiss Adversary Proceeding (BNC-PDF)) No. of Notices: 3. Notice Date 11/27/2019. (Admin.) (Entered: 11/27/2019) |
| 11/27/2019 | 66 (4 pgs) | Notice of Appeal and Statement of Election to Bankruptcy Appellate Panel.(Official Form 417A) . Fee Amount $298 Filed by Plaintiff Gary Sroka (RE: related document(s)59 Order on Motion to Dismiss Adversary Proceeding (BNC-PDF), 63 Order on Motion to Dismiss Adversary Proceeding (BNC-PDF)). Appellant Designation due by 12/11/2019. (Bolte, Nickie) (Entered: 12/02/2019) |

| 11/27/2019 | <u>67</u><br>(1 pg) | Deficiency letter to Appellant: Appeal Is Deficient For the Following Reason: Does Not Include Entered Stamped Copy Of Order, Judgment, Or Decree. (RE: related document(s)<u>66</u> Notice of Appeal and Statement of Election (Official Form 417A) filed by Plaintiff Gary Sroka) (Bolte, Nickie) (Entered: 12/02/2019) |
|---|---|---|
| 12/02/2019 | <u>65</u><br>(30 pgs) | Transcript regarding Hearing Held 11/07/19 RE: Motion to dismiss first amended complaint with prejudice. Remote electronic access to the transcript is restricted until 03/2/2020. The transcript may be viewed at the Bankruptcy Court Clerk's Office on a public terminal **or** purchased through the Transcription Service Provider before the transcript access restriction has ended. [TRANSCRIPTION SERVICE PROVIDER: Echo Reporting, Inc., Telephone number (858) 453-7590.]. Notice of Intent to Request Redaction Deadline Due By 12/9/2019. Redaction Request Due By 12/23/2019. Redacted Transcript Submission Due By 01/2/2020. Transcript access will be restricted through 03/2/2020. (Jauregui, Tara) (Entered: 12/02/2019) |
| 12/03/2019 | <u>68</u><br>(40 pgs; 7 docs) | Notice Of Referral Of Appeal To United States Bankruptcy Appellate Panel Of The Ninth Circuit (BAP) with certificate of mailing (RE: related document(s)<u>66</u> Notice of Appeal and Statement of Election (Official Form 417A) filed by Plaintiff Gary Sroka) (Attachments: # <u>1</u> Notice of Appeal and Statement of Election # <u>2</u> Order Granting Motion To Dismiss First Amended Complaint With Prejudice # <u>3</u> Order Granting Respondent Real Time Resolution, Inc.'s Motion To Dismiss Plaintiff's First Amended Complaint # <u>4</u> Notice of Transcript(s) Designated for an Appeal # <u>5</u> Transcript Order Form # <u>6</u> Amended Order Continuing the Bankruptcy Appellate Panel of the Ninth Circuit) (Bolte, Nickie) (Entered: 12/03/2019) |
| 12/05/2019 | <u>69</u><br>(19 pgs) | Amended Notice Of Appeal And Statement Of Election Filed by Plaintiff Gary Sroka (RE: related document(s)<u>66</u> Notice of Appeal and Statement of Election (Official Form 417A)). (Bolte, Nickie) (Entered: 12/05/2019) |
| 12/10/2019 | <u>70</u> | Statement Of Issues To Be Presented Appeal Filed by |

| | | |
|---|---|---|
| | (3 pgs) | Plaintiff Gary Sroka (RE: related document(s)66 Notice of Appeal and Statement of Election (Official Form 417A)). (Bolte, Nickie) (Entered: 12/10/2019) |
| 12/10/2019 | 71 (3 pgs) | Appellant Designation Of Items To Be Included In The Record On Appeal Filed by Plaintiff Gary Sroka (RE: related document(s)66 Notice of Appeal and Statement of Election (Official Form 417A)). Appellee designation due by 12/24/2019. Transmission of Designation Due by 1/9/2020. (Bolte, Nickie) (Entered: 12/10/2019) |
| 12/12/2019 | 72 (3 pgs) | Notice of transcript(s) Designated For An Appeal. Hearing Date(s): 11/07/2019 - Docket No. 65 Filed by Plaintiff Gary Sroka (RE: related document(s)66 Notice of Appeal and Statement of Election (Official Form 417A)). (Bolte, Nickie) (Entered: 12/16/2019) |
| 12/26/2019 | 73 (3 pgs) | Statement *of Election to have District Court hear Appeal* Filed by Creditor 1.Nationstar Mortgage LLC d/b/a/ Mr. Cooper. (Exnowski, Dane) (Entered: 12/26/2019) |
| 12/27/2019 | 74 (2 pgs) | Opening Letter - Notice of acknowledgement from United States Bankruptcy Appellate Panel of the Ninth Circuit of Notice of Appeal and Assignment of BAP Case No. CC-19-1314 (filed at United States Bankruptcy Appellate Panel of the Ninth Circuit on 12/16/19) (RE: related document(s)66 Notice of Appeal and Statement of Election (Official Form 417A) filed by Plaintiff Gary Sroka) (Bolte, Nickie) (Entered: 12/27/2019) |
| 12/27/2019 | 75 (54 pgs) | Appeal transferred notice from BAP to USDC - RE: BAP No.: CC-19-1314 (filed at United States Bankruptcy Appellate Panel of the Ninth Circuit on 12/16/19) (RE: related document(s)66 Notice of Appeal and Statement of Election (Official Form 417A) filed by Plaintiff Gary Sroka) (Bolte, Nickie) (Entered: 12/27/2019) |
| 01/03/2020 | 76 (2 pgs) | Assignment notice of USDC case/judge to appeal transferred from BAP - RE: USDC Case No.: 8:19-cv-02496-JFW (RE: BAP Case No.: CC-19-1314) (filed at United States District Court On 12/27/19) (RE: related document(s)66 Notice of Appeal and Statement of Election (Official Form 417A) filed by |

| | | | |
|---|---|---|---|
| | | | Plaintiff Gary Sroka) (Bolte, Nickie) (Entered: 01/03/2020) |
| 01/03/2020 | [77](#)<br>(2 pgs) | | Certificate Of Readiness Of Record On Appeal To United States District Court RE: USDC Case No. 8:19-cv-02496-JFW (RE: related document(s)[66](#) Notice of Appeal and Statement of Election (Official Form 417A) filed by Plaintiff Gary Sroka) (Bolte, Nickie) (Entered: 01/03/2020) |
| 01/07/2020 | [78](#)<br>(3 pgs) | | Notice of Appearance and Request for Notice by E. Christine Hehir Filed by Defendant Bank of America N A. (Hehir, E.) (Entered: 01/07/2020) |
| 01/14/2020 | [79](#)<br>(3 pgs) | | Notice of Change of Address *or Law Firm* Filed by Defendant Bank of America N A. (Hehir, E.) (Entered: 01/14/2020) |

**Excerpt No.  "2"**

MANADR,RELATED-G

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA (Southern Division - Santa Ana)
## CIVIL DOCKET FOR CASE #: 8:19-cv-02496-PA

In Re Gary James Sroka
Assigned to: Judge Percy Anderson
Related Case: 8:19-cv-00807-AG-ADS
Case in other court: 8:19-ap-01097-TA
                USBC Central District of CA Santa Ana
                Division, 8:19-bk-11841-TA
                USBAP for the 9th Circuit, BAP
                CC-19-01314
Cause: 28:0158 Notice of Appeal re Bankruptcy Matter
(BAP)

Date Filed: 12/27/2019
Jury Demand: None
Nature of Suit: 422 Bankruptcy Appeal
(801)
Jurisdiction: Federal Question

**In re Debtor**

**Gary James Sroka**


V.

**Appellant**

**Gary James Sroka**                represented by  **Gary James Sroka**
                                          324 Via Promesa
                                          San Clemente, CA 92673
                                          949-285-8665
                                          PRO SE


V.

**Appellee**

**Nationstar Mortgage LLC**         represented by  **Dane Wyatt Exnowski**
*c/o NBS Default Services, LLC*                          McCalla Raymer Leibert Pierce, LLP
*doing business as*                                    301 East Ocean Boulevard Suite 1720
Mr. Cooper                                          Long Beach, CA 90802
                                          562-661-5060
                                          Fax: 562-983-5365
                                          Email: dane.exnowski@mccalla.com
                                          *LEAD ATTORNEY*
                                          *ATTORNEY TO BE NOTICED*


**Appellee**

**NBS Default Services LLC**

represented by **Dane Wyatt Exnowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Appellee**

**Wells Fargo Bank, N.A.**
*as Trustee for the Certificateholders of*
*Banc of America Mortgage Securities,*
*Inc., Mortgage Pass-Through*
*Certificates, Series 2003-D*

represented by **Dane Wyatt Exnowski**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Appellee**

**Bank of America NA**

represented by **E Christine Hehir**
McGuireWoods LLP
1800 Century Park East 8th Floor
Los Angeles, CA 90067-1501
310-315-8200
Fax: 310-3150-8210
Email: chehir@mcguirewoods.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Ethan Schatz**
McGuireWoods LLP
Two Embarcadero Center Suite 1300
San Francisco, CA 94111
415-844-9944
Fax: 415-844-9922
Email: eschatz@mcguirewoods.com
*TERMINATED: 01/06/2020*

**Appellee**

**Real Time Resolutions Inc.**

represented by **Nathaniel R Lucey**
Ericksen Arbuthnot
152 North 3rd Street Suite 700
San Jose, CA 95112
408-286-0880
Fax: 408-286-0337
Email: nlucey@ericksenarbuthnot.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Sharon Lynn Hightower**
Ericksen Arbuthnot
152 North Third Street Suite 700
San Jose, CA 95112
408-286-0880

Fax: 408-286-0337
Email:
shightower@ericksenarbuthnot.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 12/27/2019 | 1 | NOTICE OF APPEAL AND STATEMENT OF ELECTION: Re: Order Granting Motion to Dismiss First Amended Complaint with Prejudice; Order Granting Respondent Real Time Resolution, Inc. Motion to Dismiss Plaintiff's First Amended Complaint entered on 11/20/19 and 11/25/19 by Bankruptcy Judge Theodor C. Albert, filed in the Bankruptcy Court on 11/27/2019. [Orders are Attached to Notice of Referral see item 2] Bankruptcy Court case number: 8:19-bk-11841-TA, Adversary number: 8:19-ap-01097-TA, BAP case number: CC-19-01314, filed by Appellant Gary James Sroka. (Attachments: # 1 BAP Docket) (car) (Entered: 12/30/2019) |
| 12/27/2019 | 2 | NOTICE OF REFERRAL OF APPEAL (ADVERSARY) prepared by the United States Bankruptcy Court on 12/3/2019. (car) (Entered: 12/30/2019) |
| 12/27/2019 | 3 | APPELLEE'S STATEMENT OF ELECTION TO TRANSFER DEBTOR'S APPEAL TO THE UNITED STATES DISTRICT COURT FOR THE CENTRAL DISTRICT OF CALIFORNIA filed by Nationstar Mortgage LLC. (car) (Entered: 12/30/2019) |
| 12/27/2019 | 4 | NOTICE OF TRANSFER OF APPEAL TO DISTRICT COURT prepared by the U.S. Bankruptcy Appellate Panel of the Ninth Circuit on 12/26/2019. (car) (Entered: 12/30/2019) |
| 12/27/2019 | 5 | NOTICE REGARDING APPEAL FROM BANKRUPTCY COURT. The appeal has been assigned to Judge John F. Walter. Refer to the Notice for specifics. (car) (Entered: 12/30/2019) |
| 12/27/2019 | 6 | NOTICE TO PARTIES OF COURT-DIRECTED ADR PROGRAM filed. (car) (Entered: 12/30/2019) |
| 01/06/2020 | 7 | Notice of Bankruptcy Appeal Record Availability re Notice of Appeal from Bankruptcy Court Order/Judgment 1 . (iv) (Entered: 01/06/2020) |
| 01/06/2020 | 8 | NOTICE RE: BANKRUPTCY RECORD COMPLETE. Please note, pursuant to Federal Rule of Bankruptcy Procedure 8010(b)(3), this Court has received from the Clerk of the Bankruptcy Court either the record for the above-captioned appeal or notice that the record is available electronically. The parties are responsible for reading and complying with all requirements, including briefing, provided in this notice. Appellant must serve and file a brief by 2/5/2020. (iv) (Entered: 01/06/2020) |
| 01/06/2020 | 9 | Notice of Appearance or Withdrawal of Counsel: for attorney E Christine Hehir counsel for Appellee Bank of America NA. Adding E. Christine Hehir as counsel of record for Bank of America, N.A. for the reason indicated in the G-123 |

| | | Notice. Filed by defendant Bank of America, N.A.. (Attorney E Christine Hehir added to party Bank of America NA(pty:e))(Hehir, E) (Entered: 01/06/2020) |
|---|---|---|
| 01/06/2020 | 10 | Notice of Appearance or Withdrawal of Counsel: for attorney E Christine Hehir counsel for Appellee Bank of America NA. Ethan Schatz is no longer counsel of record for the aforementioned party in this case for the reason indicated in the G-123 Notice. Filed by defendant Bank of America, N.A.. (Hehir, E) (Entered: 01/06/2020) |
| 01/13/2020 | 11 | NOTICE of Interested Parties filed by Defendant Real Time Resolutions Inc., identifying Real Time Resolutions, Inc.. (Lucey, Nathaniel) (Entered: 01/13/2020) |
| 01/13/2020 | 12 | NOTICE of Related Case(s) filed by Defendant Real Time Resolutions Inc.. *Sroka v. Mr. Cooper* Related Case(s): 8:19-CV-00807 (Lucey, Nathaniel) (Entered: 01/13/2020) |
| 01/14/2020 | 14 | CERTIFICATION AND NOTICE OF INTERESTED PARTIES filed by Appellant Gary James Sroka, (es) (Entered: 01/15/2020) |
| 01/14/2020 | 15 | JUDICIAL NOTICE, LACK OF JURIST MOTION TO RECUSE-REMOVE MOTION/DEMAND MOVING TO COMPEL MAGISTRATE/JUDGE JOHN F. WALTER, TO PRODUCE (FCPA and FARA) FCPA-ANTI-BRIBERY STATEMENT/FARA: FOREIGN REGISTRATION STATEMENT Article 3 Court/Military Tribunal 19 Corpus Juris Secundum § 883 13th AMENDMENT TREASON AND WARRING AGAINST THE U.S. CONSTITUTION; MOTION FOR RECUSAL filed by Appellant Gary James Sroka. (es) (Entered: 01/15/2020) |
| 01/15/2020 | 13 | ORDER RE TRANSFER PURSUANT TO GENERAL ORDER 19-03-Related Case- filed. Related Case No: 8:19-cv-00807 AG(ADSx). Case transferred from Judge John F. Walter to Judge Andrew J. Guilford for all further proceedings. The case number will now reflect the initials of the transferee Judge 8:19-cv-02496 AG. Signed by Judge Andrew J. Guilford (rn) (Entered: 01/15/2020) |
| 02/05/2020 | 16 | ORDER OF THE CHIEF JUDGE (#20-009) approved by Judge Virginia A. Phillips. It is Ordered, with the concurrence of the Case Management and Assignment Committee, the the following case be reassigned from the calendar of Judge Andrew J. Guilford to the calendar of Judge Percy Anderson for all further proceedings. The case number will now reflect the initials of the transferee Judge 8:19-cv-02496-PA. (dv) (Entered: 02/05/2020) |
| 02/05/2020 | 17 | STANDING ORDER by Judge Percy Anderson. READ THIS ORDER CAREFULLY. IT CONTROLS THE CASE AND DIFFERS IN SOME RESPECTS FROM THE LOCAL RULES. This action has been assigned to the calendar of Judge Percy Anderson. (et) (Entered: 02/06/2020) |
| 02/14/2020 | 18 | MINUTE ORDER IN CHAMBERS - COURT ORDER by Judge Percy Anderson. The Court extends the deadline for filing the Opening Brief to February 28, 2020. The failure to file an Opening Brief, excerpts of record, or transcripts as specified in the Notice on or before February 28, 2020 will result in the dismissal of the appeal for failure to prosecute without further warning. (mrgo) (Entered: 02/18/2020) |

| 02/25/2020 | 19 | APPLICATION for Extension of Time to File OPENING BRIEF filed by appellant Gary James Sroka. (mrgo) (Entered: 02/27/2020) |
|---|---|---|
| 02/25/2020 | 20 | JUDICIAL NOTICE, LACK OF JURIST MOTION TO RECUSE/REMOVE MOTION MOVING TO COMPEL MAGISTRATE/JUDGE PERCY ANDERSON TO PRODUCE (FCPA/FARA) FCPA-FOREIGN CORRUPT PRACTICES ACT, ANTI-BRIBERY STATEMENT (Article 3 Court/Military Trubunal 19 Corpus Juris Secundum Section 883 13th AMENDMENT TREASON & WARRING AGAINST THE CONSTITUTION; MOTION/DEMAND FOR RECUSAL OF ALLEGED JUDGE; MOTION/DEMAND TO REMAND CASE TO FEDERAL ARTICLE THREE COURT; CIRCUIT RIDER filed by appellant Gary James Sroka. (mrgo) (Entered: 02/27/2020) |
| 02/25/2020 | 24 | APPLICATION for Extension of Time to File OPENING BRIEF filed by plaintiff Gary James Sroka. (mrgo) (Entered: 03/02/2020) |
| 02/25/2020 | 25 | JUDICIAL NOTICE, LACK OF JURIST MOTION TO RECUSE/REMOVE MOTION MOVING TO COMPEL MAGISTRATE/JUDGE PERCY ANDERSON TO PRODUCE (FCPA/FARA) FCPA-FOREIGN CORRUPT PRACTICES ACT, ANTI-BRIBERY STATEMENT AND FARA-FOREIGN AGENT REGISTRATION ACT STATEMENT filed by Appellant Gary James Sroka. (mrgo) (Entered: 03/02/2020) |
| 02/28/2020 | 21 | REFERRAL OF MOTION to Disqualify Judge Percy Anderson has been filed. Pursuant to GO 19-03 and Local Rule 72-5 NOTICE OF MOTION AND MOTION for Recusal of Judge Percy Anderson 20 is referred to Judge Philip S. Gutierrez for determination. (rn) (Entered: 02/28/2020) |
| 02/28/2020 | 22 | Opposition to Appellant's Motion to Extend Deadlline to file Opening Brief Opposition re: APPLICATION for Extension of Time to File OPENING BRIEF 19 filed by Appellee Nationstar Mortgage LLC. (Exnowski, Dane) (Entered: 02/28/2020) |
| 02/28/2020 | 23 | CORPORATE DISCLOSURE STATEMENT filed by Appellee Nationstar Mortgage LLC identifying Mr. Cooper Group Inc. as Corporate Parent. (Exnowski, Dane) (Entered: 02/28/2020) |
| 03/06/2020 | 26 | MINUTES (In Chambers): Order DENYING Plaintiff's motion to disqualify by Judge Philip S. Gutierrez denying 20 MOTION: Having concluded that all grounds for disqualification are insufficient, the Court DENIES Plaintiffs motion to disqualify. (see document for further details) (bm) (Entered: 03/06/2020) |
| 03/11/2020 | 27 | MINUTES: IN CHAMBERS-COURT ORDER by Judge Percy Anderson: For these reasons, Appellants Application for Extension of Time is granted in part and denied in part. The Court hereby extends the deadline for Appellant to file an Opening Brief, excerpts of record, and/or transcripts as specified in the Notice until April 1, 2020. The failure to comply with this order will result in the dismissal of the appeal for failure to prosecute without further warning. IT IS SO ORDERED. (See minutes for further details) (yl) (Entered: 03/11/2020) |

| 04/01/2020 | 28 | NOTICE of Manual Filing filed by Appellant Gary James Sroka of APPELLANT'S APPLICATION FOR FURTHER EXTENSION OF TIME FILE OPENING BRIEF; [CORONAVIRUS HARDSHIP]. (mrgo) (Entered: 04/07/2020) |
| --- | --- | --- |
| 04/01/2020 | 29 | APPLICATION FOR FURTHER EXTENSION OF TIME TO FILE OPENING BRIEF filed by plaintiff/appellant Gary James Sroka. (mrgo) (Entered: 04/07/2020) |
| 04/09/2020 | 30 | APPELLEE REAL TIME RESOLUTIONS, INC.S OPPOSITION TO APPELLANTS MOTION FOR FURTHER EXTENSION OF TIME TO FILE OPENING BRIEF Opposition re: APPLICATION for Extension of Time to File OPENING BRIEF 29 filed by Appellee Real Time Resolutions Inc.. (Lucey, Nathaniel) (Entered: 04/09/2020) |
| 04/09/2020 | 31 | MINUTE ORDER (IN CHAMBERS) - COURT ORDER by Judge Percy Anderson re: 29 APPLICATION for Extension of Time to File. In light of the previous extensions already afforded to Plaintiff, his current compliance with Coronavirus restrictions is an insufficient basis for a 45-day extension. For these reasons, Appellant's Application for Extension of Time is granted in part and denied in part. The Court hereby extends the deadline for Appellant to file an Opening Brief, excerpts of record, and/or transcripts as specified in the Notice until April 23, 2020. The Court warns Plaintiff that this is his final extension of time in this case. The failure to comply with this order will result in the dismissal of the appeal for failure to prosecute without further warning. (See document for details) (mrgo) (Entered: 04/09/2020) |

**Excerpt No.  "3"**

ORIGINAL

| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| Gary J. Sroka<br>324 Via Promesa<br>San Clemente CA 92673<br>(949) 285-6885<br><br>Attorney For: Sroka, Gary, equitable beneficial title owner regarding "NAME": GARY JAMES SROKA dba GARY J. SROKA dba GARY SROKA, Debtor and Plaintiff, In pro per;<br><br>☒ Individual appearing without attorney<br>☐ Attorney for: | **FILED**<br><br>**OCT 24 2019**<br><br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY: _____ Deputy Clerk |

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION**

| In re:<br>Sroka, Gary, equitable beneficial title owner regarding " NAME": GARY JAMES SROKA dba GARY J. SROKA dba GARY SROKA, Debtor and Plaintiff, In pro per;<br><br>vs.<br><br>MR. COOPER, et al.;<br><br>                                        Debtor(s). | CASE NO.: 8:19-ap-01097 TA<br>CHAPTER: 7<br><br><br>**NOTICE OF OPPOSITION AND**<br>**REQUEST FOR A HEARING**<br>Date: *Nov. 7, 2019*<br>Time *11ᵗʰ AM*  Rm *"5B"* |

1. TO (specify name):  The Hon. Court, U.S. Trustee, ALL DEFENDANTS, and the attorneys of record;

2. NOTICE IS HEREBY GIVEN that  PLAINTIFF, Sroka, Gary, equitable beneficial title owner, et al.
   a party in interest, hereby opposes the following request (specify that which is opposed):
   MOTIONS TO DISMISS COMPLAINT;

3. This opposition is based upon the following grounds (specify grounds):
   PLAINTIFF submits herewith the [Proposed] Second Amended Complaint which serves to address all issues raised
   in the Motion to Dismiss.

---

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                                      Page 1            F 9013-1.3.OPPOSITION.REQ.HEARING

ORIGINAL

P30

4.   Attached hereto are the following documents in support of this opposition which are admissible under the Federal Rules of Evidence (*specify declarations and exhibits by name or description*):

ATTACHMENT "A":   [PROPOSED] SECOND AMENDED ADVERSARY COMPLAINT;

5. ☐ *(Optional)* Attached hereto is a Memorandum of Points and Authorities upon which opposing party will rely.

6.   Total number of attached pages of supporting documentation: __6__

Any reply to this opposition must be filed with the court and served on this opposing party not later than 7 days prior to the hearing on the motion.

WHEREFORE, the undersigned prays that this court deny the subject request and set this matter for a hearing.

Date: __10/23/2019__

Respectfully submitted,

_____
Printed name of law firm

_____
Signature

__Sroka, Gary, equitable beneficial title owner, et al.__
Printed name

Attorney for: __Sroka, Gary, equitable beneficial title__

This form is optional.  It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2012                    Page 2                    F 9013-1.3.OPPOSITION.REQ.HEARING
                                                                                                      P31

**Attachment "A"**

Gary J. Sroka
324 Via Promesa
San Clemente CA 92673
(949) 285-6885

Attorney For: Sroka, Gary, equitable beneficial title owner regarding "NAME": GARY JAMES SROKA dba GARY J. SROKA dba GARY SROKA, Debtor and Plaintiff, In pro per;

## UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA - SANTA ANA DIVISION

| In re:<br><br>    GARY J. SROKA,<br><br>            Debtor<br>_____<br>Sroka, Gary, equitable beneficial title owner<br>regarding "NAME": GARY JAMES SROKA<br>dba GARY J. SROKA dba GARY SROKA,<br><br>        Plaintiff,<br><br>        Vs.<br><br>MR. COOPER, et al.;<br><br>        Defendant(s). | **Adv No. 8:19-ap-01097-TA**<br><br>**BK No. 8:19-bk-11841-TA**<br><br>Chapter: 7<br>[PROPOSED]<br>SECOND AMENDED ADVERSARY<br>COMPLAINT;<br><br><br>Date; Nov. 7, 2019<br>Ctrm: "5B"<br>Time: 11:00 a.m.<br><br>Cont. Status Date: Nov. 7, 2019<br><br>Compl. Filed: May 28, 2019<br>Judge: Hon. Theodor Albert |

COMES NOW, Plaintiff, Sroka, Gary, equitable beneficial title owner regarding "NAME": GARY JAMES SROKA dba GARY J. SROKA dba GARY SROKA, appearing In pro per, who submits this Second Amended Complaint ("SAC"), as against Defendants, Mr. COOPER; REAL TIME RESOLUTIONS, INC; Nationstar Mortgage LLC/NBS Default Services, LLC; BANK OF AMERICA, N.A.; WELLS FARGO BANK FSB, NA as SUCCESSOR BY MERGER TO WELLS FARGO BANK MINNESOTA, NATIONAL ASSOCIATION AS TRUSTEE FOR Bank of America Mortgage Securities, Inc., Mortgage Pass-Through Certificates Series 2003-D, *et al* and

-1-

P33

1  does 1 through 100.

2          In support of the Second Amended Complaint, Plaintiff alleges as follows:

3          This is a core proceeding over which this court has jurisdiction under Title 28

4  *U.S.C.* § 157(b).

5          The Court has jurisdiction over this adversary proceeding pursuant to sections 157

6  and 1334 of title 28, *United States Code*. Venue is proper pursuant to sections 1408 and

7  1409 of Title 28, United States Code. This Adversary Proceeding is a core proceeding

8  pursuant to sections 157(b)(2)(A) and (O) of title 28, *United States Code*, and the Court

9  may enter a final judgment as to the merits of this case.

10          That the named Defendants are bankers, banks, associations, assignees, loan

11  servicing companies and foreclosing companies (hereinafter collectively

12  "DEFENDANTS").

13          That Plaintiff, Sroka, Gary, equitable beneficial title owner regarding "NAME":

14  GARY JAMES SROKA dba GARY J. SROKA dba GARY SROKA (hereinafter

15  "PLAINTIFF"), named each of DEFENDANTS as creditors of PLAINTIFF in the

16  underlying Chapter 7 Bankruptcy proceeding by virtue of the allege outstanding mortgage

17  on real property located at 324 Via Promesa, San Clemente, Orange County, CA 92673,

18  and to date, no DEFENDANTS named herein has moved to dispute the allegation and

19  contentions of PLAINTIFF as a Debtor that the debt on the mortgage has been duly

20  tendered as stated therein.

21          Notwithstanding the; 1.) Tender of the mortgage in full, 2.) The acceptance by

22  operation of law of said tender by DEFENDANTS, and each of them, 3.) The recent

23  Discharge in the underlying Chapter 7 bankruptcy following due notice of the bankruptcy

24  to DEFENDANTS, and each of them, and 4.) The ongoing litigation and constructive

25  notice in this matter, the DEFENDANTS continue in their efforts to wrongfully foreclose

26  upon the subject real property at issue in violation of *U.S. Code*: Title 15. COMMERCE

27  AND TRADE.

28  ///

1    That any contention of DEFENDANTS that this matter is barred under a theory of

2    *res judicata* makes little sense inasmuch as the acts and omissions complained of herein

3    occurred after the filing and dismissal with prejudice of the prior Adversary Proceeding,

4    Case No. 8:14-ap-01201.

5    Finally, the SAC does not plead different of changed facts and circumstance from

6    the prior Complaint and First Amended Complaint, although is brief in comparison.

7

8                                    **COMMON FACTS**

9    1. PLAINTIFF purchased the property in December 2000. Eventually the

10   mortgage was transferred and/or assigned to DEFENDANTS for servicing and/or *in toto*.

11   2. That on or about September, 2018, PLAINTIFF acted to submit the first of

12   three separate species of tender(s) on the mortgage to MR. COOPER and REAL TIME

13   RESOLUTIONS, INC. Two subsequent species of tenders were provided in the same

14   manner.

15   3. Each of the tenders mentioned above were provided by Registered U.S. Mail

16   Certified First Class to each of MR. COOPER and REAL TIME RESOLUTIONS, INC.

17   4. That there was no objection or rejection of the tenders as provided to MR.

18   COOPER and REAL TIME RESOLUTIONS, INC., and as such, the tender(s) were

19   accepted by MR. COOPER and REAL TIME RESOLUTIONS, INC., and each of them,

20   by operation of law.

21   5. Despite the tender and acceptance thereof, DEFENDANTS have continued in

22   the ongoing efforts to wrongfully foreclose on the subject property.

23   6. That as a result of the acts and omissions of DEFENDANTS, and each of them,

24   PLAINTIFF has suffered damages in an amount according to proof at trial. Moreover,

25   PLAINTIFF seeks declaratory relief which is reasonably necessary for the protection of

26   the subject property and pecuniary rights and interests of PLAINTIFF in as much as

27   DEFENDANTS, and each of them, continue to do the acts and omissions as stated herein

28   above.

-3-

## FIRST CLAIM
### For
### DECLARATORY RELIEF

7.  In the event the court determines that DEFENDANTS, and each of them, have committed the acts and omissions alleged herein, PLAINTIFF desires a judicial determination of the rights and duties of the parties in light of the mortgage and tender as alleged by PLAINTIFF on the subject property, and as a result of the acts and omissions of DEFENDANTS, and each of them, in continuing to seek a non-judicial foreclosure of the subject property as detailed herein above.

8.  That a judicial declaration is necessary and appropriate at this time in light of the allegations as stated herein and the acts and omissions of DEFENDANTS, and each of them, so that the PLAINTIFF and the parties hereto may determine each of their rights and duties on the  subject property.

9.  That declaratory relief is reasonably necessary for the protection of the property and pecuniary rights and interests of PLAINTIFF in as much as DEFENDANTS, and each of them, continue to do the acts and omissions as stated herein above.

10.  That PLAINTIFF has previously exhausted all other remedies and such other attempts to resolve the matter prior to the instant litigation.

## CONCLUSION

11.  This is an adversary proceeding to determine the rights and duties of the parties as to the above referenced non-bankruptcy non-judicial foreclosure and alleged debt of PLAINTIFF.

WHEREFORE, Plaintiff, Sroka, Gary, equitable beneficial title owner regarding "NAME": GARY JAMES SROKA dba GARY J. SROKA dba GARY SROKA prays for Judgment as against Defendants, Mr. COOPER; REAL TIME RESOLUTIONS, INC; Nationstar Mortgage LLC/NBS Default Services, LLC; BANK OF AMERICA, N.A.; WELLS FARGO BANK FSB, NA as SUCCESSOR BY MERGER TO WELLS FARGO BANK MINNESOTA, NATIONAL ASSOCIATION AS TRUSTEE FOR Bank of

-4-

1 | America Mortgage Securities, Inc., Mortgage Pass-Through Certificates Series 2003-D, *et*

2 | *al* and does 1 through 100 as follows:

3 |     1. For compensatory damaged for all damages suffered according to proof;

4 |     2. For general damages to be determined at the time of trial;

5 |     3. For a declaration of the rights and duties of the parties as it relates to the

6 | mortgage and tender thereon;

7 |     4. That Plaintiff have judgment against Defendants, jointly and severally, and

8 |     5. That Plaintiff have such other and further relief as is just.

9 | Dated: October 23, 2019

10 |         By: _____

11 |             Sroka, Gary, et al.

12 |         Attorney For: Sroka, Gary, equitable beneficial title

13 |         owner regarding "NAME": GARY JAMES SROKA dba GARY J. SROKA dba GARY SROKA, Debtor and Plaintiff, In pro per;

28 | ///

-5-

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding.  My business address is:
324 Via Promesa
San Clemente, CA 92673

A true and correct copy of the foregoing document entitled (*specify*): <u>CASE NO. 8:19-ap-01097-TA</u>
<u>[PROPOSED] SECOND AMENDED ADVERSARY COMPLAINT;</u> _____

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1.  TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):**  Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐  Service information continued on attached page

**2.  SERVED BY UNITED STATES MAIL:**
On (*date*)  <u>10/23/2019</u>  , I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.
SwedelsonGottlieb c/o Alyssa Klausner, Esq. 11900 W Olympic Blvd., Suite 700 L.A., CA 90064  abk@sghoalaw.com
US Trustee (SA) 411 W Fourth St., Ste 7160 Santa Ana, CA 92701-4593 ustpregion16.sa.ecf@usdoj.gov;
Richard A Marshack (TR) 870 Roosevelt, Irvine, CA 92620 rmarshack@marshackhays.com;
Gary J Sroka (Debtor) 324 Via Promesa, San Clemente, CA 92673  gary@sterlingctc.com;

☑  Service information continued on attached page

**3.  SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):**  Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*)  <u>10/23/2019</u>  , I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows.  Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐  Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| <u>10/23/2019</u> | <u>Lena Marckini</u> | *Lena Marckini* |
| *Date* | *Printed Name* | *Signature* |

---

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
324 Via Promesa
San Clemente CA 92673

A true and correct copy of the foregoing document entitled: **Notice of Opposition and Request for a Hearing** will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) __10/23/2019__, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.
SwedelsonGottlieb c/o Alyssa Klausner, Esq. 11900 W Olympic Blvd., Suite 700 L.A., CA 90064  abk@sghoalaw.com
US Trustee (SA) 411 W Fourth St., Ste 7160 Santa Ana, CA 92701-4593 ustpregion16.sa.ecf@usdoj.gov;
Richard A Marshack (TR) 870 Roosevelt,  Irvine, CA 92620 rmarshack@marshackhays.com;
Gary J Sroka (Debtor) 324 Via Promesa, San Clemente, CA 92673  gary@sterlingctc.com;

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served):** Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| __10/23/2019__ | Lena Markcini | *Lena Markcini* |
| Date | Printed Name | Signature |

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

**Excerpt No.   "4"**

1           UNITED STATES BANKRUPTCY COURT

2           CENTRAL DISTRICT OF CALIFORNIA

3                   --oOo--

4   In Re:                    )   Case No. 8:19-bk-11841-TA
                              )
5   GARY JAMES SROKA,         )   Chapter 7
                              )
6         Debtor.             )   Santa Ana, California
    _____)   Thursday, November 7, 2019
7                             )   11:00 a.m.
    SROKA,                    )
8                             )
          Plaintiff,          )
9                             )
        vs.                   )   Adv. No. 8:19-ap-01097-TA
10                            )
    MR. COOPER, et al.,       )
11                            )
          Defendants.         )
12  _____)

13                                MOTION TO DISMISS FIRST AMENDED
                                  COMPLAINT WITH PREJUDICE
14
                                  REAL TIME SOLUTIONS, INC.'S
15                                MOTION TO DISMISS PLAINTIFF'S
                                  FIRST AMENDED COMPLAINT
16

17                TRANSCRIPT OF PROCEEDINGS
          BEFORE THE HONORABLE THEODOR ALBERT
18            UNITED STATES BANKRUPTCY JUDGE

19  APPEARANCES:

20  For the Plaintiff:        GARY SROKA
                              Pro Se
21                            324 Via Promesa
                              San Clemente, California 92673
22                            (949) 285-6885

23

24

    Proceedings recorded by electronic sound recording;
25  transcript produced by transcription service.

ii

1  APPEARANCES:   (Cont'd.)

2  For the Defendants:              ALISON V. LIPPA, ESQ.
                                    Two Embarcadero Center
3                                   Suite 1300
                                    San Francisco, California
4                                      94111
                                    (415) 844-9944
5
                                    DANE W. EXNOWSKI, ESQ.
6                                   McCalla Raymer Leibert Pierce,
                                       LLP
7                                   301 East Ocean Boulevard
                                    Suite 1720
8                                   Long Beach, California 90802
                                    (562) 661-5060
9
                                    NATHANIEL R. LUCEY, ESQ.
10                                  Ericksen Arbuthnot
                                    152 North Third Street
11                                  Suite 700
                                    San Jose, California 95112
12                                  (408) 286-0880

13 Court Recorder:                  Denise Bustillos
                                    United States Bankruptcy Court
14                                  411 West Fourth Street
                                    Suite 2030
15                                  Santa Ana, California 92701

16 Transcriber:                     Jordan Keilty
                                    Echo Reporting, Inc.
17                                  2160 Fletcher Parkway
                                    Suite 209
18                                  El Cajon, California 92020
                                    (858) 453-7590
19

20

21

22

23

24

25

*Echo Reporting, Inc.*

1

<u>SANTA ANA, CALIFORNIA   THURSDAY, NOVEMBER 7, 2019 11:00 AM</u>

1                     --oOo--

2

3     (Call to order of the Court.)

4         THE COURT:  We are at the 11:00 o'clock hour, and

5 we're on record in this matter of adversary of Sroka versus

6 Mr. Cooper, et al., in the bankruptcy of Gary James Sroka,

7 motion to dismiss first amended complaint, and then we have -

8 - that's number 17, and I think we have a parallel matter

9 which is in the same bankruptcy case, brought by Defendant

10 Real Time Solutions' motion to dismiss.

11         So, appearances.

12         MS. LIPPA (telephonic):  Good morning, your Honor.

13 Alison Lippa for Bank of America, on Court Call.

14         MR. EXNOWSKI (telephonic):  And good morning, your

15 Honor.  Dane Exnowski for Defendants Nationstar Mortgage, NBS

16 Default Services, and Wells Fargo Bank as Trustee, moving

17 party.

18         MR. LUCEY (telephonic):  And good morning.

19 Nathaniel Lucey on behalf of Real Time Resolutions.

20         THE COURT:  All right.  Before we start, let me

21 first inquire has -- have the bank's lawyers seen this latest

22 document, Plaintiff's affidavit re complaint filed with

23 Consumer Financial Protection Bureau?

24         MS. LIPPA:  Bank of America has not, your Honor.

25         THE COURT:  Mr. Exnowski, Mr. Lucey?

*Echo Reporting, Inc.*

2

1       MR. LUCEY:  Real Time Resolutions has not.

2       MR. EXNOWSKI:  Yes, Defendants Nationstar, NBS, and

3  Wells Fargo have not seen that, your Honor.

4       THE COURT:  And what about you, Counsel?  Has

5  anybody on the telephone seen this document?

6       MR. LUCEY:  No, your Honor.  This is Nathaniel

7  Lucey for Real Time Resolutions.

8       THE COURT:  Well, I don't suppose it's surprising

9  because it looks like it was filed today, and so there's no

10  proof of service except I think by mail.  So it wouldn't

11  possibly have gotten to you by now.

12       All right.

13       MS. LIPPA:  Your Honor, if I may also -- this is --

14       THE COURT:  I'm sorry?

15       MS. LIPPA:  I'm sorry.  This is Alison Lippa.  I

16  just want to point out that even though Plaintiff attaches

17  proofs of service to all of the pleadings that he's filed

18  both before yourself and in the bankruptcy matter, it's rare

19  that I have received anything by mail from him.  So even if

20  it shows that it was mailed, it's more likely to get to the

21  bank through the electronic system from CFPD rather than

22  through mail from the Plaintiff.

23       THE COURT:  Well, that's assuming that it was even

24  -- the electronic system was even used, which I doubt it was.

25  It looks like it's an over-the-counter filing to which he put

3

1 allegedly, according to this proof of service, put it in the

2 mail to you.  And, let's see.  The people listed are Dane

3 Exnowski, Richard Marshack, Nathaniel Lucey, and you're not

4 even on there.  So --

5          MS. LIPPA:  Okay.

6          THE COURT:  But the other -- and the other point is

7 that I'm not sure it matters.  The only reason I ask is

8 because I did spend the 10 minutes or so before taking the

9 bench trying to read this and to get some understanding of

10 what it is Mr. Sroka is talking about.  I think I have

11 vaguely an idea, and it may help inform our discussion going

12 forward.  And the reason I asked this at the outset is

13 because you're not going to know what I'm talking about

14 having not seen the document.

15          I would characterize this affidavit as -- well, it

16 talks about some consumer protection statutes and the Debt

17 Collection Act found at 15 United States Code.  And so that's

18 -- and then it veers off into the Commercial Code.  So when

19 you start hearing me refer to this, understand that it's all

20 sort of thrown together.  I'm not sure I quite understand it,

21 but when I start talking about these other things, at least

22 you'll have some idea what I'm talking about.

23          All right.  So has everybody read the tentative?

24          MS. LIPPA:  Yes, your Honor, Bank of America has.

25          THE COURT:  Have you read the tentative, Mr. Sroka?

*Echo Reporting, Inc.*

4

1          MR. LUCEY:  Your Honor, this is Nathaniel Lucey.  I

2 have not read the tentative.

3          THE COURT:  Have you read the tentative --

4          MR. EXNOWSKI:  Dane Exnowski for Defendants

5 Nationstar, NBS, Wells Fargo.  I have read the tentative,

6 your Honor.

7          THE COURT:  Okay.  Have you read the tentative, Mr.

8 Sroka?

9          MR. SROKA:  I haven't been sworn in yet, your

10 Honor.

11          THE COURT:  You don't have to be sworn in.  I asked

12 you have you read my tentative?

13          MR. SROKA:  I've -- I just also want to add

14 something for the record, for and on the record.  My name is

15 Gary Sroka, and I'm a consumer and a natural person.  I just

16 want to put that on the record.  So --

17          THE COURT:  When you say you're a natural person,

18 is there another kind of person?

19          MR. SROKA:  In the verbiage that's labeled in the

20 Consumer Protection Financial Bureau, yes, there is.  So that

21 comes hand in hand with that, but, yes, I did read the

22 tentative.

23          THE COURT:  So I tried to express in the tentative

24 that I don't think a lot of your further amended complaint.

25 Do you wish to argue the points I've made?

5

1            MR. SROKA:  Regarding the tentative?  I mean,
2  absolutely.  I mean, I disagree with your tentative 100
3  percent.
4            THE COURT:  Okay.
5            MR. SROKA:  I do believe I do have standing.
6            THE COURT:  Why do you have standing?
7            MR. SROKA:  Well, you're saying pretty much that
8  the Trustee didn't move forward and take -- take the case and
9  run with it, but he discharged it.  If he discharged it, then
10  I imagine the standing would --
11            THE COURT:  What do you mean he discharged it?
12  We're talking about this lawsuit.  His right of action is an
13  asset.  How can he discharge an asset?
14            MR. SROKA:  No, he discharged the bankruptcy.
15            THE COURT:  Do you mean -- do you mean he filed a
16  no-asset report?  Is that what you're saying?
17            MR. SROKA:  I would say that would be -- to the
18  best of my knowledge, that would probably be correct because
19  he discharged the bankruptcy.
20            THE COURT:  You're -- I'm sorry, sir.  You're using
21  words that don't fit.  People get discharged.  Presumably
22  that would be you.  Bankruptcies get closed.  Estates either
23  are administered or they are not.  But you do not discharge a
24  bankruptcy.  So let's get the right nomenclature down.
25            Can anybody help me on the telephone?  Has Mr.

6

1  Marshack filed an abandonment in any of these assets?

2      MS. LIPPA:  Your Honor, this is Alison Lippa.  From

3  my review of the bankruptcy docket this morning, I did not

4  see any such abandonment that's been filed or noted.  I see a

5  motion for continuance of the stay that Mr. Sroka filed, and

6  it appears that there's been some change of the hearing date

7  on that, and I also see an order of dismissal.  I don't see

8  any abandonment.

9      THE COURT:  All right.  So the reason I'm asking

10 these very specific questions is because we are arguing at

11 this minute in time about the question of standing.  If Mr.

12 Marshack, who's the appointed Trustee, has not abandoned this

13 claim, he owns it.  So when you tell me he has discharged the

14 bankruptcy, I don't know what you're talking about.  Unless

15 somebody can point something else out to me, I'm going to

16 infer that my -- my point is correct, that he still is the

17 only party in interest that can pursue this claim because he

18 is in charge of the estate, and this is clearly an asset of

19 the estate.

20     Can anybody offer anything that would suggest a

21 different conclusion?

22     MS. LIPPA:  No, your Honor, not from Bank of

23 America.

24     THE COURT:  Mr. Exnowski or Mr. Lucey, do you have

25 any indication that Mr. Marshack has sold this right of

7

1  action or has formally abandoned it, either of which would

2  have an effect on what we're talking about?

3         MR. EXNOWSKI:  This is Dane Exnowski.  No, your

4  Honor.

5         THE COURT:  All right.  So my point about standing,

6  Mr. Sroka, is still that you can't bring this claim even if

7  there is a claim, and whether there is a claim still is very

8  much in question.  But if there was, you don't have standing

9  to bring it.  Your Trustee does.  It's like any other asset

10  of the estate.  The Via Promesa property, bank accounts that

11  you might have had, anything that you had as of the moment of

12  petition, which was May of this year I think, is vested in

13  your estate.  And, having vested it in the estate, only the

14  Trustee can use, sale, or lease such property.

15         We have not heard from Mr. Marshack, and I have no

16  indication that he has abandoned or sold or compromised this

17  claim.  Therefore, he's the only Plaintiff, and you are not.

18  That's what I mean by standing.

19         MR. SROKA:  Understood.

20         THE COURT:  So that's -- that's the standing

21  question, and I don't see that you have any standing, but

22  we'll move on.

23         The argument -- and I'm -- if you want to follow

24  along, this is paragraph two of the tentative.  You're

25  arguing res judicata -- I think it's Mr. Cooper's arguing res

*Echo Reporting, Inc.*

8

1  judicata, and I can understand the argument, which is that

2  I've already decided this back was it four years ago when I -

3  - when I first saw some sort of a complaint by Mr. Sroka

4  against the banks.  I'm not entirely sure whether the answer

5  is yes or no, because I'm not entirely sure that these are

6  the same claims.  They are similar claims in that they have

7  to do clearly with Mr. Sroka's ideas that the banks cannot

8  proceed with the foreclosure or shouldn't or damages him or

9  something like that, but whether there's a one for one these

10 are the same claims, it's very hard for me to discern, and

11 it's hard for me to discern because, frankly, reading any of

12 Mr. Sroka's pleadings is very hard to discern, including what

13 he filed this morning.

14         Can you offer any further argument on that point,

15 Mr. Exnowski?

16         MR. EXNOWSKI:  Your Honor, Dean Exnowski.  I did

17 somewhat anticipate that due to the general unintelligible

18 nature of the first amended complaint.  Nonetheless,

19 Defendant Nationstar made that argument, but I -- I don't

20 think -- I don't think I can present any further specific

21 argument to I guess convince the Court.  Unfortunately, I

22 think because the complaint is so unclear, I think

23 ironically, that goes to Plaintiff's benefit regarding res

24 judicata in that we don't even know what the claims are.  So

25 I don't think I would -- I think I would just submit to the

*Echo Reporting, Inc.*

9

1 Court's analysis regarding res judicata.

2          THE COURT:  All right.  So we're going to step over

3 that one for right now because I'm not entirely sure it

4 applies.

5          If you could say there was a one-for-one

6 comparison, then, yes, it would be res judicata.  The Court

7 decides these issues once, not twice, three times, or four

8 times.  But I can't really tell if it's the same theory.  I

9 rather think it isn't because of what was filed this morning,

10 and I'm going to get to that.

11          So, paragraph three has to do with the privilege,

12 and this only deals with NBS Default Services.

13          Mr. Sroka, it looks like California has already

14 intervened here to say that if all you're doing is publishing

15 the notices involved in a foreclosure by statute, you have a

16 privilege to do that, and it looks like that's all NBS ever

17 did.  So unless you have another theory, that would be one

18 reason to dismiss then with prejudice.

19          MR. SROKA:  Understood.

20          THE COURT:  All right.  Number four -- and here is

21 really the meat of what we're -- four and five.  I say in my

22 tentative there's no intelligible basis for a claim stated.

23 All of your complaints share a single problem in that they

24 are a scattergun recitation of a bunch of things, most of

25 which I don't think even apply, and they're very hard to

10

1  follow.

2        You did a somewhat better job I think in the

3  proposed second amended complaint in that you at least

4  narrowed it down to one issue, and I think I kind of

5  understood that.  You seem to have a theory based on the

6  concept of tender.  I think, if I'm reading your arguments

7  correctly -- and I have to tell you it's not clear, but maybe

8  what you're saying is you actually tendered the full balance

9  owed.  Is that true?

10        MR. SROKA:  That is correct.

11        THE COURT:  How did you do that?  Did you have a

12  million dollars that you were tendering?

13        MR. SROKA:  Your Honor, I don't think that's any

14  time to discuss that.  This -- this -- those --

15        THE COURT:  Well, you're offering this as a theory,

16  that you -- that you're entitled to --

17        MR. SROKA:  No, and you're asking me a question if

18  I have a million dollars.  I --

19        THE COURT:  No.  I'm asking -- no.  Let me

20  rephrase.

21        MR. SROKA:  Please do.

22        THE COURT:  For the -- for the tender that you're

23  apparently relying upon, to be meaningful at all, it has to

24  be a tender of what you owe.

25        MR. SROKA:  That's correct.

*Echo Reporting, Inc.*

11

1    THE COURT:  And can you tell me was that a tender

2  of money?

3    MR. SROKA:  If you and/or counsel read the -- the

4  deed of trust, it does clearly state on the deed of trust any

5  species of money.  So it's very vague on that topic.  So

6  that's why --

7    THE COURT:  Okay.  So what --

8    MR. SROKA:  So that's why when I --

9    THE COURT:  You did not tender United States

10  currency or a check good against -- for United States

11  currency.  Is that what you're telling me?

12    MR. SROKA:  Well, I -- I don't think it's a time

13  now to discuss that or argue that in this court of order on

14  this case right now.  Right now we're trying to keep this

15  suit alive so I can go in front of a jury counsel -- in front

16  of a jury.  The jury's the one that's going to decide what I

17  paid and what I did if this merits to the case.

18    THE COURT:  Well, I beg to differ.  This is a

19  motion to dismiss, and the argument is that you have not

20  stated a claim upon which relief can be granted.  You have

21  filed various pleadings which I find very hard to understand,

22  and they're confusing at best, but this morning you gave me

23  something that at least I can, within the four corners of it,

24  get an idea what you're talking about.

25    MR. SROKA:  Thank you.

12

1    THE COURT:  And that is that you claim that you

2  have on four occasions tendered -- and I presume it's payment

3  because I don't know what else you'd be tendering, but if

4  you're tendering payment and on the strength of that you're

5  telling me you're exonerated and there are no mortgages I

6  guess is the gist of what you're trying to say.  So,

7  therefore, I think it's important to know what it is you're

8  tendering.  If you're -- if you're tendering old Confederate

9  bills, you might as well forget it because that's not

10  anybody's idea of value.  If you're tendering Biofren

11  (phonetic) fruit stamps, that's not going to help either.

12    So I need to know what it is you're saying you

13  tendered.

14    MR. SROKA:  I tendered in full the alleged

15  mortgages on the property.

16    THE COURT:  Tendered what?  You can't tender a

17  mortgage.  You tender something in payment of something.

18  What is it that you tendered?  I can't figure it out from

19  your complaint.  I mean, if I could, that would be different,

20  but I can't even tell what you're talking about.  So can you

21  help me with what you're talking about?  I guess not.

22    MR. SROKA:  It's a payment of tender, and that's

23  all I have to say.  This -- at this point, we're arguing -- I

24  understand what you're saying.  We're arguing a point that

25  did you make a tender?  Yes, I did.  Let the courts decide,

1 let the jury decide what kind of tender I made. As I stated

2 earlier -- and I'm not sure -- you can ask counsel. They

3 probably don't read the deeds of trust. It does say any

4 species. It does not say on the deed of trust it has to be

5 paid in worthless Federal Reserve notes or Federal Reserve

6 notes. It does not state that. It states any species,

7 period.

8        So, for me to sit here and tell you how I did it in

9 a court of -- in the court makes no sense. This is where a

10 jury of my peers will decide if I've done it right per the

11 Treasury guidelines.

12        THE COURT: Are you contending that you tendered

13 something of value?

14        MR. SROKA: I tendered the payment. How's that?

15        THE COURT: Anybody on the telephone, can you help

16 me with what he's talking about?

17        MR. SROKA: No, they probably can't because they

18 don't read the deeds of trust.

19        THE COURT: All right.

20        MR. SROKA: And they don't talk to the Treasury

21 Department.

22        THE COURT: Can you help me, anybody on the

23 telephone? What is he talking about? Has he tendered

24 something of value?

25        MR. EXNOWSKI: Your Honor, Dane Exnowski for

14

1  Defendant Nationstar.  To be honest, I --

2          MR. SROKA:  Your Honor, can I interrupt for a

3  second?

4          MR. EXNOWSKI:  -- have no idea what he's talking

5  about.

6          MR. SROKA:  Dane, can I interrupt for a second?

7          MR. EXNOWSKI:  I mean, it appears to be -- it

8  appears to be one of those -- those vague anti-establishment

9  arguments regarding some tender of some abstract thing that's

10 not legal United States currency, but specifically I have no

11 idea what he's talking about.

12         MR. SROKA:  Exactly.

13         MR. EXNOWSKI:  I think it's legally irrelevant in

14 any event.  I think the fact that Plaintiff is reluctant to

15 disclose the specific act I think shows to the Court that

16 there was no tender made, at least in U.S. dollars, which is

17 the only legal currency that is legally relevant before this

18 Court.

19         MR. SROKA:  I object, and I do not consent --

20         MS. LIPPA:  Your Honor --

21         MR. SROKA:  -- to him saying that.  That is

22 absolutely wrong.  Your Honor, you know and the rest of the

23 U.S. population knows, if they look into it, all Federal

24 Reserve notes are absolutely that, they're notes.  They're

25 not backed by anything.  So for him to say that the only way

*Echo Reporting, Inc.*

15

1  it can be paid is in that shape, form, is absolutely 100

2  percent incorrect.

3        THE COURT:  Well, I think I understand your

4  argument, Mr. Sroka, but when the loan was made, it was made

5  in U.S. dollars, wasn't it?

6        MR. SROKA:  No.  There was a credit that was taken

7  from my estate account and was credited on my behalf.

8        THE COURT:  What do you mean?

9        MR. SROKA:  Well, you never see -- whenever you

10 take the loan out, you never see where the money came from or

11 anything to that effect.  So -- so the money that was taken

12 was taken from an estate account, but let's not get into that

13 here.  That's for another time.  Let's -- let's deal with the

14 -- the question of what's -- what's here at point presently.

15        THE COURT:  I don't have any idea what you're

16 talking about, the estate account.  I think it's beginning to

17 ring some bells.  Are you one of these so-called sovereign

18 citizen types?

19        MR. SROKA:  I have no clue what a sovereign citizen

20 is, sir.

21        THE COURT:  Okay.  They have all sorts of theories

22 about nobody is really who they are, they're some kind of

23 representative of some alter ego person, and everybody has

24 some account --

25        MR. SROKA:  Right.

*Echo Reporting, Inc.*

16

1          THE COURT:  -- kept somewhere that's an estate.   Is

2   that what you're talking about?

3          MR. SROKA:  No, not at this time.

4          THE COURT:  All right.  So I cannot tell --

5          MS. LIPPA:  Your Honor, if I may?

6          THE COURT:  Please.

7          MS. LIPPA:  This is Alison Lippa for Bank of

8   America.  The sole purpose of today's hearing is whether or

9   not the pleadings have sufficiently alleged facts that

10  support causes of action against the Defendants who have been

11  named.

12          This Plaintiff has had numerous opportunities now

13  to state some kind of theory.  So, to the extent we're even

14  talking about whether or not he has asserted a theory based

15  on tender or that he's challenged the foreclosure based on

16  his argument that he's made a valid tender I don't think we

17  should get to that question because it hasn't been properly

18  alleged in any of the pleadings that have gone before the

19  Court or which are the subject of today's hearing.

20          But, even if we were going to consider that claim,

21  tender has to be credible.  There has to be a credible

22  allegation of tender.  And to the extent the Plaintiffs can't

23  support that, and I -- based on what we're hearing here this

24  morning --

25          MR. SROKA:  I object.

*Echo Reporting, Inc.*

17

1          MS. LIPPA:  -- I don't think --

2          MR. SROKA:  How does she know I can't support it?

3          MS. LIPPA:  -- he's supported it, then your Honor

4  should take the position that there has been an insufficient

5  allegation of tender.

6          We are not here to decide the factual question of

7  what he tendered or whether it was in U.S. dollars or whether

8  it was something else or whether the deed of trust is vague.

9  Those are all factual considerations that have no bearing in

10 today's hearing.  Simply looking at today, we need to decide

11 whether there's been sufficient allegations to support any

12 kind of cause of action, and there just simply hasn't been.

13 He's had enough opportunities now, and as your tentative

14 ruling points out, no amount more of further pleadings here

15 appear to be correcting these problems.

16         THE COURT:  All right.

17         MR. SROKA:  Your Honor, here's -- excuse me one

18 second.  I agree with her in this fact.  She said let the

19 merits ride.  Okay.  Well, let's let the merits ride on this

20 thing.  Let's go to a jury trial.  Let me bring my prima

21 facie evidence in, and let me see what the jury says on these

22 payments.

23         THE COURT:  Well, that's not how it works.  The way

24 it works is in Federal Court you must state a plain claim for

25 relief.  You have to state some theory which the Court can

*Echo Reporting, Inc.*

18

1 recognize as possibly going in your favor, and I'm at the

2 point where I can't even understand it, much less find

3 something that's credible enough to go beyond a motion to

4 dismiss.

5        You have by dribs and drabs given me some

6 direction, including this morning it looks like your theory

7 has to do with you tendering something.  And so it's not, I

8 think, improper for me to ask, well, it would be helpful if

9 you're -- what you're talking about.  If you're tendering a

10 stack of -- of blank paper, that's clearly not a tender

11 within the eyes of the law.

12        Since the Supreme Court has told us in these two

13 cases which I've cited to you, which are Twombly and Iqbal,

14 you must state something that if true could provide a basis

15 for relief, and I don't know that you've done that.  Bell

16 Atlantic Corporation v. Twombly and Ashcroft v. Iqbal, both

17 of the cites are found at paragraph four of my tentative.

18        So I cannot see on what I have before me any

19 articulable theory for relief.  At least you told me the

20 universe in which you're apparently talking, which is tender,

21 but I can't elicit from you what it is you're really talking

22 about, and that's a fatal problem for you because that's what

23 the Iqbal and Twombly case tell me, that you have to start

24 out with something, if true, would be a basis for relief.

25 And I don't see it.

19

1          MR. SROKA:  Okay.  There is a basis for relief.

2  And, once again, the -- the debt has been tendered.  So --

3          THE COURT:  You can't tender a debt.  You can

4  tender something in payment of a debt.  What is it that you

5  say you tendered?

6          All right.  I've heard quite enough.  The tentative

7  is adopted.  The motion is granted --

8          MR. SROKA:  Your --

9          THE COURT:  -- without leave to amend.

10          MR. SROKA:  Your Honor, before you do that, I

11  object, and I do not consent.  I did try to follow your

12  instructions as per se you said in my second filing of my

13  complaint.  It says that issues were determined by facts, and

14  the Court should determine these by trial basis and its

15  merits.  That's what I've been saying.

16          So I don't believe what you're stating, and I

17  object to what -- what you said.

18          THE COURT:  Duly noted.

19          MR. SROKA:  I do believe -- once again, I do

20  believe I have standing in putting this on the record, and

21  you've declined to accept the case, and the bankruptcy was

22  discharged.

23          So, in the event that this is your -- your --

24  tentative is inclined to be entered, you know, I take

25  exception to that.

20

1           THE COURT:  Duly noted.

2           MR. SROKA:  And, for -- for purposes of an appeal.

3    So can I add one more thing to the record?

4           THE COURT:  Yes.

5           MR. SROKA:  Is this a record -- a court of record

6    or a court of hearsay?

7           THE COURT:  Again, sir, you --

8           MR. SROKA:  I'm just asking.  I want to put --

9           THE COURT:  Part -- part of the problem --

10          MR. SROKA:  -- this on the record.  Is this a --

11          THE COURT:  Yes.

12          MR. SROKA:  -- court of record or a court of --

13          THE COURT:  This is a court of --

14          MR. SROKA:  -- hearsay?

15          THE COURT:  This is a court of the United States,

16   and, yes, it is a court of record.  I have no idea what

17   you're talking about.

18          MR. SROKA:  It is a court of record.  Okay.  Then I

19   object to everything that has been said in this court.

20          THE COURT:  All right.

21          MR. SROKA:  Okay.

22          THE COURT:  So --

23          MR. SROKA:  Because there is -- there is -- there

24   is no prima facie evidence that these attorneys can supply,

25   okay.  Otherwise, this is a court of hearsay, and I object to

*Echo Reporting, Inc.*

P62

21

1  everything, and we might as well dismiss this and walk out

2  right now.

3          THE COURT:  I have --

4          MR. SROKA:  Because if this is a court of record,

5  they have to have 100 percent prima facie evidence of

6  everything that I have brought to -- brought forth.  They

7  have no clue what I've done, and they're sitting here and

8  defending that.  So all the things that they have said are

9  void.  So I'd move to make a motion to dismiss this.

10         Secondly -- and they can answer this or you can

11 answer this for them -- are all counsels, do they have Bar

12 cards for the State Bar, California State Bar?  Counsels, do

13 you have --

14         THE COURT:  You --

15         MS. LIPPA:  Your Honor --

16         MR. SROKA:  -- State Bar cards for --

17         MS. LIPPA:  -- has he made a motion to dismiss the

18 case?

19         MR. SROKA:  -- the California State Bar?

20         MS. LIPPA:  I -- I think I heard him say he wants

21 to dismiss the adversary proceedings.

22         MR. SROKA:  No.

23         THE COURT:  I think what he was trying to say is he

24 wants to dismiss the whole proceeding.  If that is an oral

25 motion, it's denied.

*Echo Reporting, Inc.*

22

1          MS. LIPPA:  Oh, okay.

2          THE COURT:  The motion that is before me are

3  motions brought by Mr. Cooper and by Real Time Solutions and

4  I think joined in by Bank of America.  Those motions to

5  dismiss are --

6          MS. LIPPA:  Yes.

7          THE COURT:  -- granted.  They're granted --

8          MR. SROKA:  Okay.  I --

9          THE COURT:  -- without leave to amend.

10          MR. SROKA:  Okay, your Honor.  You haven't let me

11  finish putting stuff on the record.

12          MS. LIPPA:  Thank you, your Honor.

13          MR. SROKA:  Okay.  I asked the counsels do they

14  have a Bar card for the California State Bar.

15          THE COURT:  I don't know that they're obliged to

16  answer you.

17          MR. SROKA:  I don't think -- your Honor, you're

18  answering for them, and I don't think that's your -- your

19  privilege or your honor --

20          MS. LIPPA:  Your Honor, is this proceeding --

21          MR. SROKA:  -- to answer for them.

22          MS. LIPPA:  -- at an end now?  You've made your

23  ruling and adopted the tentative.

24          MR. SROKA:  And, your Honor, I object that you did

25  not allow me to put --

*Echo Reporting, Inc.*

23

```
 1           MS. LIPPA:  And we've received --

 2           MR. SROKA:  -- the things on the record.

 3           MS. LIPPA:  -- from the Court.  We will conclude

 4  the hearing.

 5           MR. SROKA:  You interrupted me before I could

 6  finish putting stuff on the record.

 7           THE COURT:  Your question about Bar card is of

 8  record.  What else?

 9           MR. SROKA:  Okay.  Then if it is of record, they

10  need to answer it.  I'm asking them --

11           THE COURT:  Says who?

12           MR. SROKA:  -- do they have a Bar card for the

13  California State Bar.

14           THE COURT:  They don't have to answer you.

15           MR. SROKA:  Okay.  They don't have to answer me.

16  Do they carry -- if they don't, then they shouldn't even be

17  in this, because that's a breach of the 13th Amendment that

18  they're even in this courtroom.

19           MS. LIPPA:  Your Honor, this is Alison Lippa for

20  Bank of America.  I, in the interest of time, am requesting

21  permission to end --

22           MR. SROKA:  Hold --

23           MS. LIPPA:  -- this hearing now.

24           MR. SROKA:  Hold on.

25           MS. LIPPA:  I have something to --
```

24

1          MR. SROKA:  In permission of time, it's because you

2  don't want to answer the question.

3          MS. LIPPA:  I have something else I need to go

4  attend to, and this --

5          MR. SROKA:  No, your Honor, you can't --

6          MS. LIPPA:  -- has nothing to do with this hearing.

7          MR. SROKA:  -- you cannot let her leave because

8  she's not answering the question.  And I didn't hear Dane

9  answer the question, and I didn't hear the other gentleman

10 answer the question.  I need to know --

11         THE COURT:  Do you wish to put anything else on the

12 record?

13         MR. SROKA:  -- if they all have a Bar card for the

14 California State Bar, because that is a statute of --

15         MS. LIPPA:  Okay.  Your Honor --

16         MR. SROKA:  -- nobility, and anyone with --

17         MS. LIPPA:  -- this is Alison Lippa, and I --

18         MR. SROKA:  -- nobility --

19         MS. LIPPA:  -- am going to be leaving the hearing

20 now --

21         MR. SROKA:  -- cannot be in a court of record.

22         MS. LIPPA:  -- because I do have another hearing.

23         MR. SROKA:  This is a court of record.  You just

24 said it's not a court of hearsay, period.

25         THE COURT:  Any other things you want to put of

*Echo Reporting, Inc.*

25

1  record?

2        MR. SROKA:  Yeah, I need them -- I need them to

3  answer this right now on the court of record, and they will

4  not answer this.  This is a hell of an appeal.  This is --

5  this is a beautiful thing.

6        THE COURT:  Well, I'm glad you think so.

7        MR. SROKA:  Okay.

8        THE COURT:  I'm ruling on the motions before me,

9  which are motions to dismiss under Rule 12.  They are both

10 granted without leave to amend.

11       I would ask Mr. -- Mr. Exnowski and Mr. Lucey,

12 respectively, to --

13       MR. SROKA:  And I further ask, your Honor --

14       THE COURT:  -- submit orders.

15       MR. SROKA:  -- may I interrupt again?  Okay.  Do

16 counsels have an anti-bribery statement and a Foreign

17 Registration Act filed in Washington, D.C.?  Not one of these

18 three people opposing me and my actions have answered any

19 questions, period.  The process of due law allows me to ask

20 them questions.  As a matter of fact they should be in this

21 courtroom so I could see them face to face, process of due

22 law.

23       THE COURT:  Anything else you wish to put of

24 record?

25       MR. SROKA:  Yeah.  Why -- can I ask if you're

26

1  answering for them --

2          THE COURT:  I'm not answering for them.  I am --

3          MR. SROKA:  Okay.  Then ask -- can you please ask

4  them if they have a Bar card?

5          THE COURT:  No.  I don't choose to play along with

6  whatever the nonsense is that you're trying to put on the

7  record.

8          MR. SROKA:  There's no nonsense.  This -- because

9  this is a court -- you said it, your Honor, and you yourself

10 have a Bar card.  Okay.  That is a noble -- process of

11 nobility when you get a Bar card.  So you, as well as them,

12 shouldn't even be in the court of record.

13         THE COURT:  I don't know what you're --

14         MR. SROKA:  And you -- and you stated this is a

15 court of record.

16         THE COURT:  I think you confuse two concepts.  I'd

17 like to think I'm noble, but I do not claim any title of

18 nobility, and so I don't know what you're talking about,

19 which is, unfortunately, the theme running throughout these

20 proceedings.

21         I have ruled.  Unless you need something else of

22 record, I am going to adjourn.

23         MR. SROKA:  Last but not least, I do not object --

24 I object, and I do not consent to anything that you have said

25 or the Court has ordered, and I hereby -- and I hereby state

27

1   that your -- your motion is unconstitutional and without

2   standing.

3            THE COURT:  Anything else?

4            MR. SROKA:  That's it.

5            THE COURT:  All right.  We're off the record and

6   adjourned.

7            Would you submit the orders, Counsel, please?

8            MR. LUCEY:  Your Honor, if I could intervene.  This

9   is Nathaniel Lucey.  I didn't catch what you said when Mr.

10  Sroka interrupted you with regard -- I think you want -- want

11  me to submit an order in the case?

12           THE COURT:  Yes.  The motions that you filed follow

13  now with an order per the tentative granting your motions to

14  dismiss without leave to amend.  Would you please do that?

15           MR. LUCEY:  Right.  And you want the body of your

16  tentative within the order?

17           THE COURT:  I think it would be appropriate since

18  it is likely there will be an appeal, to for the reasons

19  stated on exhibit whatever, the motion is granted without

20  leave to amend.

21           MR. LUCEY:  All right.  Thank you, your Honor.

22           THE COURT:  All right.  I will look forward to

23  that.

24           We are off the record.

25       (Proceedings concluded.)

28

1        I certify that the foregoing is a correct

2   transcript from the electronic sound recording of the

3   proceedings in the above-entitled matter.

4

5   /s/Jordan R. Keilty              11/29/19
    Transcriber                      Date
6

7   FEDERALLY CERTIFIED TRANSCRIPT AUTHENTICATED BY:

8

9   /s/L.L. Francisco
    L.L. Francisco, President
10  Echo Reporting, Inc.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

**Excerpt No.   "5"**

1  Gary J. Sroka
   324 Via Promesa
2  San Clemente, CA 92673
   (949) 285-8665
3

4

5

6  Attorney For:        Gary J. Sroka, Debtor;

7

8           UNITED STATES BANKRUPTCY COURT

9      CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

10                              <u>Adv. Case No. 8:19-ap-01097-TA</u>

11                              <u>BK Case No. 8:19-bk-11841-TA</u>

12  In re:                      Chapter 7

13      Gary J. Sroka,          PLAINTIFF'S DECLARATION

14          Debtor.

15

16         Sroka, Gary, Debtor, (hereinafter "Debtor") hereby files his Declaration re the

17  Conduct of Real Time Resolutions Inc., which is attached hereto.

18  Dated: November 6, 2019.

19
                        By: _____
20                              Sroka, Gary

21                          Plaintiff and Debtor, In pro per

22

23

24

25

26

27

28  ///

                                -1-

ORIGINAL

**FILED**

NOV 07 2019

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:_____ Deputy Clerk

**DECLARATION OF GARY J. SROKA**

I, GARY J. SROKA declare and state

    1. That I, Sroka, Gary the real party in interest and a CONSUMER and a NATURAL PERSON who presents this affidavit of fact into the court record in order to show factual evidence that Real Time Resolutions Inc. have VIOLATED MY CONSUMER RIGHTS ( 15 *USC* §1692 ) and possible committed MAIL FRAUD. I sent two registered / certified packages via United States Postal Service to Real Time Resolutions Inc., after I fully tendered (Tender of Payment ) on the alleged lien per the guidelines as set forth in the Deed of Trust.

    2. That Real Time Resolutions Inc. received those two packages, opened them, closed them and returned them and I ask why? The first package I sent was the Proof of Claim and I waited the appropriate time frame set by law for them to respond and they did not respond accordingly. As a result I gave them ONE MORE OPPORTUNITY so I sent out the second package  (Three (3) day Fault / Notice to Respond ) which gave them ample time to reply and they did not.  Therefore making the Proof of Claim is VALID. (SEE EXHIBIT "A"). Exhibit "A" are copies provided by the United States Post Office showing the complete tracking of the packages to and form Real Time Resolutions Inc including the delays after they received and reviewed them.

    3. The following took place and will show that Real Time Resolutions Inc. wanted to avoid the VALID CLAIM by taking the following actions.

        1.) After the account was fully tendered (Tender of Payment) which they accepted numerous times (FULLY DOCUMENTED) the Proof of Claim was sent by USPS Registered mail on April 4th 2019 and they received it on April 9th 2019. This POC document package was returned to me VIA USPS after it was opened and with the same tracking number on May 15th 2019. ( EXHIBIT "A")

        2.) The Three (3) day Fault / Notice to Respond was sent on April 20th 2019 and they received it on April 22 2019. This was sent back to me VIA USPS after it was opened and with the same tracking number on May 6th 2019. ( EXHIBIT "A").

There is a Violation of My Consumer Rights and a violation of possible fraud committed by Real Time Resolutions Inc. actions.

    4. I have worked directly with Shannon Maresh, a USPS Manager to determine how a registered / certified package could be returned via the same tracking number and they said

-2-

1   registered / certified packages can never be returned and it would have to be sent back as a new

2   package. Shannon Maresh provided me a copy of an email ( EXHIBIT "B" ) which she clearly

3   states " that the packages were clearly opened and signed for ." She had been working with her

4   Dallas office to determine how this happened return could of happened. Shannon Maresh can be

5   reached at (949) 369-9392 for any and all questions.

6       I declare under the penalty of perjury under the laws of the State of California and the

7   United States of America that the forgoing is true and correct. Executed this November 6, 2019,

8   at San Clemente, California.

9

10                 /s/ Gary J. Sroka

11                Sroka, Gary the real party in interest and a
                CONSUMER and a NATURAL PERSON

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28   ///

-3-

**EXHIBIT "A"**

*Proof of Cwtc*

## Product Tracking & Reporting

Home    Search    Reports    Manual Entry    Rates/Commitments    PTR / EDW    USPS Corporate Accounts    May 15, 2019

Help

### USPS Tracking Intranet Tracking Number Result

 1.On 3/31/19, PTR changed the event description on all versions of the intranet tracking results for consistency. E.g., on the container results page, the U1 event was UNLOAD but now reflects ARRIVE USPS FACILITY. The change is for the description only.
2."Scheduled Delivery Date from the ISC" is incorrectly showing "by 8:00pm" on the intranet and Intranet tracking results page for international items. Until this is fixed on the page, please disregard the time of "by 8:00pm" and adhere to the correct commitment time of 3:00pm; deliveries/attempts after 3:00pm fail service.
Updated: 4/18/19

### Result for Domestic Tracking Number 7015 3010 0000 8586 4428

EXHIBIT "A"

#### Destination and Origin

**Destination**

| ZIP Code | City | State |
|---|---|---|
| 75373 | DALLAS | TX |

**Origin**

| ZIP Code | City | State |
|---|---|---|
| 928609998 | NORCO | CA |

#### Tracking Number Classification

##### Class/Service

| | |
|---|---|
| Class/Service: | Priority Mail Certified Mail |
| Class of Mail Code/Description: | PM / Priority Mail® |

##### Destination Address Information

| | |
|---|---|
| Address: | |
| City: | |
| State: | |
| 5-Digit ZIP Code: | 56998 |
| 4-Digit ZIP Code add on: | 9999 |
| Delivery Point Code: | 55 |

##### Origin / Return / Pickup Address Information

| | |
|---|---|
| Address: | |
| City: | |
| State: | |
| 5-Digit ZIP Code: | 92860 |
| 4-Digit ZIP Code add on: | 9998 |

##### Service Delivery Information

| | |
|---|---|
| Service Performance Date: | Expected Delivery by: Monday, 04/08/2019 by 8:00pm |
| Expected Delivery on (Notification Delivery Date): | Tuesday, 04/09/2019 by 8:00pm |
| Delivery Option Indicator: | 1 - Normal Delivery |
| Zone: | 06 |
| PO Box: | N |
| Other Information | Service Calculation Information |

##### Payment

| | |
|---|---|
| Payment Type: | Other Postage |
| Payment Account Number: | 000000000000 |
| Postage: | $7.35 |
| Weight: | 0 lb(s) 4 oz(s) |
| Rate Indicator: | Flat Rate Envelope |

##### Other Information

| | |
|---|---|
| Firm Label ID: | 5103 0SHF F381 8719 5258 |
| Related Product: | 9590 9402 3359 7227 9255 69 |

USPS Tracking Intranet

Case 8:19-ap-01097-TA   Doc 55   Filed 11/07/19   Entered 11/08/19 09:28:18   Desc
Case 8:19-cv-02496-PA   Main Document   Filed 04/26/2021   Page 77 of 116   Page ID #:349

Agent Information

## Extra Services

### Extra Services Details

| Description | Amount |
|---|---|
| Certified Mail | $3.50 |
| Up to $50 insurance included | $0.00 |

## Events

| Event | Event Code | Event Date | Event Time | Location | Input Method | Scanner ID | Carrier Route | Posting Date / Time (Central Time) | Other Information |
|---|---|---|---|---|---|---|---|---|---|
| ARRIVAL AT UNIT | 07 | 05/15/2019 | 08:50 | SAN CLEMENTE, CA 926739000 | Scanned | IMD 030SHNZ50S (non-wireless) | Scanned by route 00000004 | 05/15/2019 12:05:09 | PC / QF Reason Code  Request Delivery Record |
| MIS-SHIPPED | 15 | 05/15/2019 | 07:56 | SAN CLEMENTE, CA 926749998 | Scanned | IMD 030SHK9511 (non-wireless) | Scanned by route 00000000 | 05/15/2019 11:33:08 | |
| ARRIVAL AT UNIT | 07 | 05/15/2019 | 06:35 | SAN CLEMENTE, CA 92674 | Scanned | PASS-001- | Destined to route C001 | 05/15/2019 08:41:08 | PC / QF Reason Code |
| DEPART USPS FACILITY | T1 | 05/15/2019 | 05:12 | ANAHEIM, CA 92899 | Container Generated | 58X1501234 | | 05/15/2019 07:43:08 | Container Type: GAYLORD 4FT Container ID: 99P926742F-000SL2-15342785 |
| DEPART USPS FACILITY | L1 | 05/15/2019 | 04:51 | ANAHEIM, CA 92899 | Container Generated | 46X1500721 | | 05/15/2019 07:27:09 | Container Type: GAYLORD 4FT Container ID: 99P926742F-000SL2-15342785 |
| CONTAINER CLOSE | C1 | 05/15/2019 | 04:44 | ANAHEIM, CA 92899 | Container Generated | 52X1501604 | | 05/15/2019 07:27:07 | Container Type: GAYLORD 4FT Container ID: 99P926742F-000SL2-15342785 |
| ENROUTE/PROCESSED | 10 | 05/15/2019 | 03:46 | ANAHEIM, CA 92899 | Scanned | SPOSTS-002-000001 | | 05/15/2019 06:08:03 | |
| IN TRANSIT TO NEXT FACILITY | NT | 05/14/2019 | 12:44 | | System Generated | | | 05/14/2019 15:03:02 | |
| ENROUTE/PROCESSED | 10 | 05/13/2019 | 16:44 | ANAHEIM, CA 92899 | Scanned | APPS-061-1 | | 05/13/2019 18:58:04 | |
| IN TRANSIT TO NEXT FACILITY | NT | 05/13/2019 | 12:34 | | System Generated | | | 05/13/2019 14:51:05 | |
| ENROUTE/PROCESSED | 10 | 05/12/2019 | 03:34 | ANAHEIM, CA 92899 | Scanned | PSS-001-52 | | 05/12/2019 05:51:03 | |
| ENROUTE/PROCESSED | 10 | 05/11/2019 | 23:52 | ANAHEIM, CA 92899 | Scanned | PSS-001-2 | | 05/12/2019 02:12:02 | |
| LOOP MAIL EXCEPTION | LX | 05/11/2019 | 23:08 | ANAHEIM, CA 92899 | System Generated | | | 05/12/2019 01:09:03 | |
| ENROUTE/PROCESSED (SENT TO LOOP MAIL BIN) | 10 | 05/11/2019 | 22:58 | ANAHEIM, CA 92899 | Scanned | APPS-061-1 | | 05/12/2019 01:04:05 | |
| IN TRANSIT TO NEXT FACILITY | NT | 05/11/2019 | 12:12 | | System Generated | | | 05/11/2019 14:26:02 | |
| IN TRANSIT TO NEXT FACILITY | NT | 05/10/2019 | 12:12 | | System Generated | | | 05/10/2019 14:26:04 | |
| ENROUTE/PROCESSED | 10 | 05/09/2019 | 22:12 | ANAHEIM, CA 92899 | Scanned | APPS-061-1 | | 05/10/2019 00:23:08 | |
| IN TRANSIT TO NEXT FACILITY | NT | 05/09/2019 | 12:54 | | System Generated | | | 05/09/2019 15:10:05 | |
| ENROUTE/PROCESSED | 10 | 05/08/2019 | 17:54 | ANAHEIM, CA 92899 | Scanned | APPS-061-1 | | 05/08/2019 20:03:05 | |
| ENROUTE/PROCESSED | 10 | 05/08/2019 | 05:23 | ANAHEIM, CA 92899 | Scanned | APPS-061-1 | | 05/08/2019 07:41:02 | |
| ENROUTE/PROCESSED | 10 | 05/07/2019 | 17:53 | ANAHEIM, CA 92899 | Scanned | PSS-001-13 | | 05/07/2019 20:09:03 | |
| IN TRANSIT TO NEXT FACILITY | NT | 05/06/2019 | 12:39 | | System Generated | | | 05/06/2019 14:54:04 | |
| IN TRANSIT TO NEXT FACILITY | NT | 05/05/2019 | 12:39 | | System Generated | | | 05/05/2019 14:56:02 | |
| IN TRANSIT TO NEXT FACILITY | NT | 05/04/2019 | 12:39 | | System Generated | | | 05/04/2019 14:57:02 | |
| IN TRANSIT TO NEXT FACILITY | NT | 05/03/2019 | 12:39 | | System Generated | | | 05/03/2019 14:55:04 | |
| ENROUTE/PROCESSED | 10 | 05/02/2019 | 22:39 | ANAHEIM, CA 92899 | Scanned | APPS-061-2 | | 05/03/2019 00:47:08 | |
| IN TRANSIT TO NEXT FACILITY | NT | 05/01/2019 | 12:15 | | System Generated | | | 05/01/2019 12:31:03 | |
| IN TRANSIT TO NEXT FACILITY | NT | 04/30/2019 | 12:15 | | System Generated | | | 04/30/2019 12:27:05 | |

| Event | Event Code | Event Date | Event Time | Location | Input Method | Scanner ID | Carrier Route | Posting Date / Time (Central Time) | Other Information |
|---|---|---|---|---|---|---|---|---|---|
| IN TRANSIT TO NEXT FACILITY | NT | 04/29/2019 | 12:15 | | System Generated | | | 04/29/2019 12:29:03 | |
| IN TRANSIT TO NEXT FACILITY | NT | 04/28/2019 | 12:15 | | System Generated | | | 04/28/2019 12:30:04 | |
| ENROUTE/PROCESSED | 10 | 04/27/2019 | 21:15 | AUSTIN, TX 78710 | Scanned | AFSM100-001 -1 | | 04/27/2019 21:31:03 | |
| IN TRANSIT TO NEXT FACILITY | NT | 04/27/2019 | 12:02 | | System Generated | | | 04/27/2019 12:24:06 | |
| IN TRANSIT TO NEXT FACILITY | NT | 04/26/2019 | 12:02 | | System Generated | | | 04/26/2019 12:31:04 | |
| IN TRANSIT TO NEXT FACILITY | NT | 04/25/2019 | 12:02 | | System Generated | | | 04/25/2019 12:27:03 | |
| DEPART USPS FACILITY | EF | 04/24/2019 | 22:02 | MILAN, IL 61264 | System Generated | | | 04/24/2019 22:27:16 | Dispatch Label ID: DS14 4111 1111 1904 2422 1345 000 |
| ENROUTE/PROCESSED | 10 | 04/24/2019 | 14:13 | MILAN, IL 61264 | Scanned | AFSM100-001 -2 | | 04/24/2019 14:27:06 | |
| IN TRANSIT TO NEXT FACILITY | NT | 04/24/2019 | 12:59 | | System Generated | | | 04/24/2019 13:16:02 | |
| IN TRANSIT TO NEXT FACILITY | NT | 04/23/2019 | 12:59 | | System Generated | | | 04/23/2019 13:15:03 | |
| ENROUTE/PROCESSED | 10 | 04/22/2019 | 22:59 | COPPELL, TX 75099 | Scanned | AFSM100-003 -2 | | 04/22/2019 23:05:06 | |
| DELIVERED | 01 | 04/09/2019 | 06:09 | DALLAS, TX 75266 | Firm Book | IMD 030SHQ0DXW (non-wireless) | Scanned by route 00000998 | 04/09/2019 06:59:32 | View Delivery Signature and Address   Facility Finance Number: 482200   Request Delivery Record   Firm Name: CHASE 75373 |
| AVAILABLE FOR PICKUP | 14 | 04/09/2019 | 05:54 | DALLAS, TX 75266 | Firm Book | IMD 030SHQ0DXW (non-wireless) | Scanned by route 00000998 | 04/09/2019 06:59:32 | |
| ARRIVAL AT UNIT | 07 | 04/09/2019 | 05:35 | DALLAS, TX 75260 | Firm Book | IMD 030SHFF361 (non-wireless) | Scanned by route 00000998 | 04/09/2019 05:55:40 | PC / OF Reason C008 |
| DEPART USPS FACILITY | EF | 04/08/2019 | 04:23 | DALLAS, TX 75260 | System Generated | | | 04/08/2019 04:45:34 | Dispatch Label ID: DS14 4118 4333 1904 0804 2703 000 |
| ENROUTE/PROCESSED | 10 | 04/08/2019 | 03:48 | DALLAS, TX 75280 | Scanned | SPBSTS-002-000005 | | 04/08/2019 03:49:45 | |
| ENROUTE/PROCESSED | 10 | 04/07/2019 | 20:57 | DALLAS, TX 75398 | Scanned | PSM-4-IU | | 04/07/2019 21:04:32 | |
| IN TRANSIT TO NEXT FACILITY | NT | 04/07/2019 | 12:38 | | System Generated | | | 04/07/2019 14:48:32 | |
| ARRIVE USPS FACILITY | A1 | 04/08/2019 | 04:38 | CITY OF INDUSTRY, CA 91715 | Container Generated | 41X1700071 | | 04/08/2019 07:08:40 | Container ID: 99P75Z--1F2F2V2SK: 22935151 |
| DEPART USPS FACILITY | T1 | 04/06/2019 | 03:53 | ANAHEIM, CA 92899 | Container Generated | 90X1500274 | | 04/06/2019 06:24:34 | Container ID: 99P75Z--1F2F2V2SK: 22935151 |
| DEPART USPS FACILITY | L1 | 04/06/2019 | 03:40 | ANAHEIM, CA 92899 | Container Generated | 71F1890022 | | 04/06/2019 06:11:32 | Container ID: 99P75Z--1F2F2V2SK: 22935151 |
| CONTAINER CLOSE | C1 | 04/05/2019 | 23:01 | ANAHEIM, CA 92899 | Container Generated | 56X1502330 | | 04/06/2019 01:42:14 | Container ID: 99P75Z--1F2F2V2SK: 22935151 |
| ENROUTE/PROCESSED | 10 | 04/05/2019 | 21:12 | ANAHEIM, CA 92899 | Scanned | APPS-061-2 | | 04/05/2019 23:16:35 | |
| ENROUTE/PROCESSED | 10 | 04/05/2019 | 21:10 | ANAHEIM, CA 92899 | Scanned | APPS-061-2 | | 04/05/2019 01:45:40 | |
| DEPART POST OFFICE | SF | 04/05/2019 | 18:40 | NORCO, CA 92860 | System Generated | | | 04/05/2019 21:16:32 | Closeout Label ID: CT13 7518 4000 1904 0521 0727 000 |
| ACCEPT OR PICKUP | 03 | 04/05/2019 | 15:24 | NORCO, CA 928609998 | Scanned | POS | | 04/05/2019 18:28:33 | Facility Finance Number: 055430 |

Enter up to 35 items separated by commas.

Select Search Type: Quick Search     Submit

Help

 *UNITED STATES POSTAL SERVICE*

## Product Tracking & Reporting

Home    Search    Reports    Manual Entry    Rates/Commitments    PTR / EDW    USPS Corporate Accounts    May 15, 2019

### USPS Tracking Intranet

### Delivery Signature and Address

⚠️ 1.On 3/31/19, PTR changed the event description on all versions of the intranet tracking results for consistency. E.g., on the container results page, the U1 event was UNLOAD but now reflects ARRIVE USPS FACILITY. The change is for the description only.
2."Scheduled Delivery Date from the ISC" is incorrectly showing "by 8:00pm" on the Internet and Intranet tracking results page for international items. Until this is fixed on the page, please disregard the time of "by 8:00pm" and adhere to the correct commitment time of 3:00pm; deliveries/attempts after 3:00pm fail service.
Updated: 4/18/19

Tracking Number: 7015 3010 0000 8586 4428

This item was delivered on 04/09/2019 at 06:09:00

< Return to Tracking Number View



| Signature | Gabriel Asamoah |
| Address | |

Enter up to 35 items separated by commas.

Select Search Type: Quick Search    Submit

Product Tracking & Reporting, All Rights Reserved
Version: 19.2.4.0.11



| SENDER: *COMPLETE THIS SECTION* | COMPLETE THIS SECTION ON DELIVERY |
|---|---|

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
   so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
   or on the front if space permits.

A. Signature
X _____    □ Agent
                          □ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   APR 0 8 2019

1. Article Addressed to:

Real Time Solutions, INC
Post Office Box 731940
Dallas texas 75373-1940

D. Is delivery address different from item 1?  ☑ Yes
   If YES, enter delivery address below:        □ No

Proof of Claim Arbitration
eGNS02 0201961-05
Settlement of all debt

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
☑ Certified Mail®
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
□ Insured Mail
□ Insured Mail Restricted Delivery
  (over $500)

□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted
  Delivery
□ Return Receipt for
  Merchandise
□ Signature Confirmation™
□ Signature Confirmation
  Restricted Delivery

9590 9402 3359 7227 9255 69

2. Article Number (Transfer from service label)

7015 3010 0000 8586 4428

PS Form 3811, July 2015 PSN 7530-02-000-9053    Domestic Return Receipt

---

USPS TRACKING #

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

9590 9402 3359 7227 9255 69

**United States**
**Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Sroka Estate eGNS 020061961-5
324 Via Promesa
San Clemente. Nation California
nondestic without the U.S.

CERTIFIED MAIL

7015 3010 0000 8586 4428

UNITEL
POSTAL SERVICE®



PRIORITY

U.S. POSTAGE PAID
NORCO, CA
APR 20, '19
AMOUNT
$0.00
R2305S100068-17

1006

75373

P S 0 0 0 0 1 0 0 0 0 1 4

* Domestic only

* For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.

* Date of delivery specified*
* USPS TRACKING™ included to many major International destinations.
* Limited International insurance.
* Pick up available.*
* Order supplies online.*
* When used Internationally, a customs declaration label may be required.
* Domestic only

To schedule free Package Pickup, scan the QR code.











FROM:
Sroka Estate
EG30000101-05
304 Via Promesa
San Clemente Nation Califonia
non-domestic with-of the U.S.

-R-T-S-   75373-RFS-IN   04/21/19

FLOW TO MANUAL PROCESSING

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER

Real Time Solutions LLC
Post Office Box 73140
Dallas Texas 75373-1940

* R F S *

This packaging is the property of the U.S. Postal Service® and is provided solely for use in sending Priority Mail® shipments. Misuse may be a violation of federal law. This packaging is not for resale. EP14F © U.S. Postal Service; October 2018; All rights reserved.

R8

Case 8:19-ap-01097-TA    Doc 55    Filed 11/07/19    Entered 11/08/19 09:28:18    Desc of 3
USPS Case 8:19-cv-02496-PA    Document 33    Filed 04/24/20    Page 82 of 116    Page ID #:354
Main Document    Page 11 of 21



 **Product Tracking & Reporting**

| Home | Search | Reports | Manual Entry | Rates/Commitments | PTR / EDW | USPS Corporate Accounts | May 15, 2019 |

*THREE DAY NOT- E*

### USPS Tracking Intranet Tracking Number Result

1. On 3/31/19, PTR changed the event description on all versions of the intranet tracking results for consistency. E.g., on the container results page, the U1 event was UNLOAD but now reflects ARRIVE USPS FACILITY. The change is for the description only.
2. "Scheduled Delivery Date from the ISC" is incorrectly showing "by 8:00pm" on the Internet and Intranet tracking results page for international items. Until this is fixed on the page, please disregard the time of "by 8:00pm" and adhere to the correct commitment time of 3:00pm; deliveries/attempts after 3:00pm fail service.
Updated: 4/18/19

### Result for Domestic Tracking Number 7015 3010 0000 8586 4428

**Destination and Origin**

**Destination**

| ZIP Code | City | State |
|----------|------|-------|
| 75373 | DALLAS | TX |

**Origin**

| ZIP Code | City | State |
|----------|------|-------|
| 928609998 | NORCO | CA |

*EXHIBIT "A"*

**Tracking Number Classification**

#### Class/Service
| | |
|---|---|
| Class/Service: | Priority Mail Certified Mail |
| Class of Mail Code/Description: | PM / Priority Mail® |

#### Destination Address Information
| | |
|---|---|
| Address: | |
| City: | |
| State: | |
| 5-Digit ZIP Code: | 56998 |
| 4-Digit ZIP Code add on: | 9999 |
| Delivery Point Code: | 55 |

#### Origin / Return / Pickup Address Information
| | |
|---|---|
| Address: | |
| City: | |
| State: | |
| 5-Digit ZIP Code: | 92860 |
| 4-Digit ZIP Code add on: | 9998 |

#### Service Delivery Information
| | |
|---|---|
| Service Performance Date: | Expected Delivery by: Monday, 04/08/2019 by 8:00pm |
| Expected Delivery on (Notification Delivery Date): | Tuesday, 04/09/2019 by 8:00pm |
| Delivery Option Indicator: | 1 - Normal Delivery |
| Zone: | 06 |
| PO Box: | N |
| Other Information | Service Calculation Information |

#### Payment
| | |
|---|---|
| Payment Type: | Other Postage |
| Payment Account Number: | 000000000000 |
| Postage: | $7.35 |
| Weight: | 0 lb(s) 4 oz(s) |
| Rate Indicator: | Flat Rate Envelope |

#### Other Information
| | |
|---|---|
| Firm Label ID: | 5103 0SHF F361 8719 5258 |
| Related Product: | 9590 9402 3359 7227 9255 69 |

| | | | | | Agent Information | | | | |
|---|---|---|---|---|---|---|---|---|---|

**Extra Services**

**Extra Services Details**

| Description | Amount |
|---|---|
| Certified Mail | $3.50 |
| Up to $50 insurance included | $0.00 |

**Events**

| Event | Event Code | Event Date | Event Time | Location | Input Method | Scanner ID | Carrier Route | Posting Date / Time (Central Time) | Other Information |
|---|---|---|---|---|---|---|---|---|---|
| ARRIVAL AT UNIT | 07 | 05/15/2019 | 08:50 | SAN CLEMENTE, CA 926739000 | Scanned | IMD 030SHNZ50S (non-wireless) | Scanned by route 00000004 | 05/15/2019 12:05:09 | PC / OF Reason Code  Request Delivery Record |
| MIS-SHIPPED | 15 | 05/15/2019 | 07:56 | SAN CLEMENTE, CA 926749998 | Scanned | IMD 030SHK9511 (non-wireless) | Scanned by route 00000000 | 05/15/2019 11:33:08 | |
| ARRIVAL AT UNIT | 07 | 05/15/2019 | 06:35 | SAN CLEMENTE, CA 92674 | Scanned | PASS-001- | Destined to route C001 | 05/15/2019 08:41:08 | PC / OF Reason Code |
| DEPART USPS FACILITY | T1 | 05/15/2019 | 05:12 | ANAHEIM, CA 92899 | Container Generated | 58X1501234 | | 05/15/2019 07:43:08 | Container Type: GAYLORD 4FT Container ID: 99P926742F-000SL2-15342785 |
| DEPART USPS FACILITY | L1 | 05/15/2019 | 04:51 | ANAHEIM, CA 92899 | Container Generated | 46X1500721 | | 05/15/2019 07:27:09 | Container Type: GAYLORD 4FT Container ID: 99P926742F-000SL2-15342785 |
| CONTAINER CLOSE | C1 | 05/15/2019 | 04:44 | ANAHEIM, CA 92899 | Container Generated | 52X1501604 | | 05/15/2019 07:27:07 | Container Type: GAYLORD 4FT Container ID: 99P926742F-000SL2-15342785 |
| ENROUTE/PROCESSED | 10 | 05/15/2019 | 03:46 | ANAHEIM, CA 92899 | Scanned | SPBSTS-002-000001 | | 05/15/2019 06:06:03 | |
| IN TRANSIT TO NEXT FACILITY | NT | 05/14/2019 | 12:44 | | System Generated | | | 05/14/2019 15:03:02 | |
| ENROUTE/PROCESSED | 10 | 05/13/2019 | 16:44 | ANAHEIM, CA 92899 | Scanned | APPS-061-1 | | 05/13/2019 18:58:04 | |
| IN TRANSIT TO NEXT FACILITY | NT | 05/13/2019 | 12:34 | | System Generated | | | 05/13/2019 14:51:05 | |
| ENROUTE/PROCESSED | 10 | 05/12/2019 | 03:34 | ANAHEIM, CA 92899 | Scanned | PSS-001-52 | | 05/12/2019 05:51:03 | |
| ENROUTE/PROCESSED | 10 | 05/11/2019 | 23:52 | ANAHEIM, CA 92899 | Scanned | PSS-001-2 | | 05/12/2019 02:12:02 | |
| LOOP MAIL EXCEPTION | LX | 05/11/2019 | 23.08 | ANAHEIM, CA 92899 | System Generated | | | 05/12/2019 01:09:03 | |
| ENROUTE/PROCESSED (SENT TO LOOP MAIL BIN) | 10 | 05/11/2019 | 22:58 | ANAHEIM, CA 92899 | Scanned | APPS-061-1 | | 05/12/2019 01:04:05 | |
| IN TRANSIT TO NEXT FACILITY | NT | 05/11/2019 | 12:12 | | System Generated | | | 05/11/2019 14:26:02 | |
| IN TRANSIT TO NEXT FACILITY | NT | 05/10/2019 | 12:12 | | System Generated | | | 05/10/2019 14:26:04 | |
| ENROUTE/PROCESSED | 10 | 05/09/2019 | 22:12 | ANAHEIM, CA 92899 | Scanned | APPS-061-1 | | 05/10/2019 00:23:08 | |
| IN TRANSIT TO NEXT FACILITY | NT | 05/09/2019 | 12:54 | | System Generated | | | 05/09/2019 15:10:05 | |
| ENROUTE/PROCESSED | 10 | 05/08/2019 | 17:54 | ANAHEIM, CA 92899 | Scanned | APPS-061-1 | | 05/08/2019 20:03:05 | |
| ENROUTE/PROCESSED | 10 | 05/08/2019 | 05:23 | ANAHEIM, CA 92899 | Scanned | APPS-061-1 | | 05/08/2019 07:41:02 | |
| ENROUTE/PROCESSED | 10 | 05/07/2019 | 17:53 | ANAHEIM, CA 92899 | Scanned | PSS-001-13 | | 05/07/2019 20:08:03 | |
| IN TRANSIT TO NEXT FACILITY | NT | 05/06/2019 | 12:39 | | System Generated | | | 05/06/2019 14:54:04 | |
| IN TRANSIT TO NEXT FACILITY | NT | 05/05/2019 | 12:39 | | System Generated | | | 05/05/2019 14:56:02 | |
| IN TRANSIT TO NEXT FACILITY | NT | 05/04/2019 | 12:39 | | System Generated | | | 05/04/2019 14:57:02 | |
| IN TRANSIT TO NEXT FACILITY | NT | 05/03/2019 | 12:39 | | System Generated | | | 05/03/2019 14:55:04 | |
| ENROUTE/PROCESSED | 10 | 05/02/2019 | 22:39 | ANAHEIM, CA 92899 | Scanned | APPS-061-2 | | 05/03/2019 00:47:08 | |
| IN TRANSIT TO NEXT FACILITY | NT | 05/01/2019 | 12:15 | | System Generated | | | 05/01/2019 12:31:03 | |
| IN TRANSIT TO NEXT FACILITY | NT | 04/30/2019 | 12:15 | | System Generated | | | 04/30/2019 12:27:05 | |

| Event | Event Code | Event Date | Event Time | Location | Input Method | Scanner ID | Carrier Route | Posting Date / Time (Central Time) | Other Information |
|---|---|---|---|---|---|---|---|---|---|
| IN TRANSIT TO NEXT FACILITY | NT | 04/29/2019 | 12:15 | | System Generated | | | 04/29/2019 12:29:03 | |
| IN TRANSIT TO NEXT FACILITY | NT | 04/28/2019 | 12:15 | | System Generated | | | 04/28/2019 12:30:04 | |
| ENROUTE/PROCESSED | 10 | 04/27/2019 | 21:15 | AUSTIN, TX 78710 | Scanned | AFSM100-001 -1 | | 04/27/2019 21:31:03 | |
| IN TRANSIT TO NEXT FACILITY | NT | 04/27/2019 | 12:02 | | System Generated | | | 04/27/2019 12:24:06 | |
| IN TRANSIT TO NEXT FACILITY | NT | 04/26/2019 | 12:02 | | System Generated | | | 04/26/2019 12:31:04 | |
| IN TRANSIT TO NEXT FACILITY | NT | 04/25/2019 | 12:02 | | System Generated | | | 04/25/2019 12:27:03 | |
| DEPART USPS FACILITY | EF | 04/24/2019 | 22:02 | MILAN, IL 61264 | System Generated | | | 04/24/2019 22:27:18 | Dispatch Label ID: DS14 4111 1111 1904 2422 1345 000 |
| ENROUTE/PROCESSED | 10 | 04/24/2019 | 14:13 | MILAN, IL 61264 | Scanned | AFSM100-001 -2 | | 04/24/2019 14:27:06 | |
| IN TRANSIT TO NEXT FACILITY | NT | 04/24/2019 | 12:59 | | System Generated | | | 04/24/2019 13:16:02 | |
| IN TRANSIT TO NEXT FACILITY | NT | 04/23/2019 | 12:59 | | System Generated | | | 04/23/2019 13:15:03 | |
| ENROUTE/PROCESSED | 10 | 04/22/2019 | 22:59 | COPPELL, TX 75099 | Scanned | AFSM100-003 -2 | | 04/22/2019 23:05:06 | |
| DELIVERED | 01 | 04/09/2019 | 06:09 | DALLAS, TX 75266 | Firm Book | IMD 030SHQ0DXW (non-wireless) | Scanned by route 00000096 | 04/09/2019 06:59:32 | View Delivery Signature and Address / Facility Finance Number: 482200 / Request Delivery Record / Firm Name: CHASE 75373 |
| AVAILABLE FOR PICKUP | 14 | 04/09/2019 | 05:54 | DALLAS, TX 75266 | Firm Book | IMD 030SHQ0DXW (non-wireless) | Scanned by route 00000096 | 04/09/2019 06:59:32 | |
| ARRIVAL AT UNIT | 07 | 04/09/2019 | 05:35 | DALLAS, TX 75260 | Firm Book | IMD 030SHFF361 (non-wireless) | Scanned by route 00000096 | 04/09/2019 05:55:40 | PC / OF Reason Code |
| DEPART USPS FACILITY | EF | 04/08/2019 | 04:23 | DALLAS, TX 75260 | System Generated | | | 04/08/2019 04:45:34 | Dispatch Label ID: DS14 4118 4333 1904 0804 2703 000 |
| ENROUTE/PROCESSED | 10 | 04/08/2019 | 03:48 | DALLAS, TX 75260 | Scanned | SPSSTS-002-000005 | | 04/08/2019 03:49:45 | |
| ENROUTE/PROCESSED | 10 | 04/07/2019 | 20:57 | DALLAS, TX 75398 | Scanned | PSM-4-IU | | 04/07/2019 21:04:32 | |
| IN TRANSIT TO NEXT FACILITY | NT | 04/07/2019 | 12:38 | | System Generated | | | 04/07/2019 14:48:32 | |
| ARRIVE USPS FACILITY | A1 | 04/06/2019 | 04:38 | CITY OF INDUSTRY, CA 61715 | Container Generated | 41X1700071 | | 04/06/2019 07:08:40 | Container ID: 99P75Z--1F2F2V25K- 22935151 |
| DEPART USPS FACILITY | T1 | 04/06/2019 | 03:53 | ANAHEIM, CA 92899 | Container Generated | 90X1500274 | | 04/06/2019 06:24:34 | Container ID: 99P75Z--1F2F2V25K- 22935151 |
| DEPART USPS FACILITY | L1 | 04/06/2019 | 03:40 | ANAHEIM, CA 92899 | Container Generated | 71F1890022 | | 04/06/2019 05:11:32 | Container ID: 99P75Z--1F2F2V25K- 22935151 |
| CONTAINER CLOSE | C1 | 04/05/2019 | 23:01 | ANAHEIM, CA 92899 | Container Generated | 50X1502330 | | 04/06/2019 01:42:14 | Container ID: 99P75Z--1F2F2V25K- 22935151 |
| ENROUTE/PROCESSED | 10 | 04/05/2019 | 21:12 | ANAHEIM, CA 92899 | Scanned | APPS-061-2 | | 04/05/2019 23:16:36 | |
| ENROUTE/PROCESSED | 10 | 04/05/2019 | 21:10 | ANAHEIM, CA 92899 | Scanned | APPS-061-2 | | 04/05/2019 01:45:40 | |
| DEPART POST OFFICE | SF | 04/05/2019 | 18:40 | NORCO, CA 92860 | System Generated | | | 04/05/2019 21:16:32 | Closeout Label ID: CT13 7518 4000 1904 0521 0727 000 |
| ACCEPT OR PICKUP | 03 | 04/05/2019 | 15:24 | NORCO, CA 92860998 | Scanned | POS | | 04/05/2019 18:28:33 | Facility Finance Number: 055430 |

Enter up to 35 items separated by commas.

Select Search Type: Quick Search    Submit

Help

## Product Tracking & Reporting

UNITED STATES
POSTAL SERVICE

| Home | Search | Reports | Manual Entry | Rates/ Commitments | PTR / EDW | USPS Corporate Accounts | May 15, 2019 |

### USPS Tracking Intranet

### Delivery Signature and Address



1. On 3/31/19, PTR changed the event description on all versions of the intranet tracking results for consistency. E.g., on the container results page, the U1 event was UNLOAD but now reflects ARRIVE USPS FACILITY. The change is for the description only.
2. "Scheduled Delivery Date from the ISC" is incorrectly showing "by 8:00pm" on the Internet and Intranet tracking results page for international items. Until this is fixed on the page, please disregard the time of "by 8:00pm" and adhere to the correct commitment time of 3:00pm; deliveries/attempts after 3:00pm fail service.
Updated: 4/18/19

Tracking Number: 7015 3010 0000 8586 4428

This item was delivered on 04/09/2019 at 06:09:00

< Return to Tracking Number View



Enter up to 35 items separated by commas.

Select Search Type: Quick Search    Submit

Product Tracking & Reporting, All Rights Reserved
Version: 19.2.4.0.11



**SENDER: COMPLETE THIS SECTION**

■ Complete items 1, 2, and 3.
■ Print your name and address on the reverse
  so that we can return the card to you.
■ Attach this card to the back of the mailpiece,
  or on the front if space permits.

1. Article Addressed to:

Real Time Solutions, INC
Post Office Box 731940
Dallas texas 75373-1940

9590 9402 3359 7227 9255 69

2. Article Number (Transfer from service label)

7015 3010 0000 8586 4428

PS Form 3811, July 2015 PSN 7530-02-000-9053

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X                                    □ Agent
                                     □ Addressee
B. Received by (Printed Name)    C. Date of Delivery
                                     APR 0 9 2019

D. Is delivery address different from item 1?  □ Yes
   If YES, enter delivery address below:       □ No

Proof of Claim Arbitration
eGNSO2 0201e1961-05
Settlement of all debt

3. Service Type
□ Adult Signature
□ Adult Signature Restricted Delivery
□ Certified Mail®
□ Certified Mail Restricted Delivery
□ Collect on Delivery
□ Collect on Delivery Restricted Delivery
□ Insured Mail
□ Insured Mail Restricted Delivery
   (over $500)

□ Priority Mail Express®
□ Registered Mail™
□ Registered Mail Restricted
   Delivery
□ Return Receipt for
   Merchandise
□ Signature Confirmation™
□ Signature Confirmation
   Restricted Delivery

Domestic Return Receipt

---

**USPS TRACKING #**

9590 9402 3359 7227 9255 69

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

**United States Postal Service**

• Sender: Please print your name, address, and ZIP+4® in this box•

Sroka Estate eGNS 0201e1961-5
324 Via Promesa
San Clemente, Nation California
nondestic without the U.S.

Miscellaneous Desk Envelope for use in sending Priority Mail shipments.

✱ R F S ✱

FROM:

Srpka Estate
#850616Rt1-05
304 Via Promesa
San Clemente Nation Calitoma
non-domestic without the U.S.

04/21/19

-R-T-S-    75373-RFS-1N

RETURN TO SENDER
UNABLE TO FORWARD
UNABLE TO FORWARD
UNABLE TO FORWARD
RETURN TO SENDER
FLOW TO MANUAL PROCESSING

Real Time Solutions LLC
Post office Box 73940
Dallas Texas 75373-7940

To schedule free
Package Pickup,
scan the QR code.

PS00001000014

U.S. POSTAGE PAID
NO COUNTY CA
92672
APR 19 19
AMOUNT
$0.00
R2303100042-17

75373

1006

UNITEL
POSTAL SERVICE®

CERTIFIED MAIL

7015 3010 0000 8586 4428

PRIORITY

- Date of delivery specified*
- USPS TRACKING™ included to many major
  international destinations.
- Limited international insurance.
- Pick up available.*
- Order supplies online.*
- When used internationally, a customs
  declaration label may be required.

* Domestic only



USA DOLLARS

FOREVER USA

GLOBAL

FOREVER USA

* For Domestic shipments, the maximum weight is 70 lbs. For International shipments, the maximum weight is 4 lbs.

♻ This envelope is made from post-consumer waste. Please recycle - again.

P87

**EXHIBIT "B"**

**Maresh, Shannon R - Rancho San Clemente, CA**

| | |
|---|---|
| **From:** | Maresh, Shannon R - Rancho San Clemente, CA |
| **Sent:** | Wednesday, May 15, 2019 11:42 AM |
| **To:** | 75260 Dallas MPO - Group List |
| **Subject:** | Signed opened returned |

Good afternoon,

I can use some assistance on a certified mail piece that was returned to sender after being scanned delivered and having the return receipt signed as well. This is very concerning to the customer, he also had a express mail from the same address scanned delivered signed for and returned the week before. The envelopes were clearly opened and signed for. Please contact @ 949-369-9392 or shoot me an email at your earliest convince. Customer is waiting for a return phone call. I appreciate the help.

Respectfully,

Shannon Maresh
A/Station Manager
Rancho San Clemente
949-369-9392

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
324 Via Promesa
San Clemente, CA 92673

A true and correct copy of the foregoing document entitled (*specify*): <u>CASE NO. 8:19-ap-01097-TA</u>
<u>Declaration re the Conduct of Real Time Resolutions Inc..</u>

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF):** Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL:**
On (*date*) <u>11/07/2019</u>, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.
Dane W Exnowski 301 E. Ocean Blvd., Suite 1720 Long Beach, CA 90802;  Ethan Schatz, Esq., Two Embarcadero Center, Ste 1300  San Francisco, CA 94111;  Richard A Marshack (TR) 870 Roosevelt Irvine, CA 92620;  Nathaniel R Lucey 152 North Third Street Ste 700  San Jose, CA 95112;  United States Trustee (SA) 411 W Fourth St., Ste 7160 Santa Ana, CA 92701-4593;

☒ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

<u>11/07/2019</u>    LENA MARCKINI                                         *Lena Marckini*
_Date_             _Printed Name_                                          _Signature_

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

Richard A Marshack (TR)
Marshack Hays LLP
870 Roosevelt
Irvine, CA 92620-3663


Mr. COOPER
c/o McCalla Raymer Leibert
~~301 E Ocean Blvd Ste 1720~~
~~Long Beach, CA 90802-8813~~

PO BOX 60516
CITY OF INDUSTRY CA
9716-0516

REAL TIME RESOLUTIONS,INC
c/o Nathaniel R Lucey, Esq.
ERICKSEN ARBUTHNOT
152 N 3rd St Ste 700
San Jose, CA 95112


NBS DEFAULT SERVICES, LLC
c/o McCalla Raymer Leiber
301 E Ocean Blvd Ste 1720
Long Beach, CA 90802-8813


Nationstar Mortgage LLC/NBS
Default Services, LLC;
c/o McCalla Raymer Leibert
301 E Ocean Blvd Ste 1720
Long Beach, CA 90802-8813


WELLS FARGO BANK FSB, NA as
SUCCESSOR BY MERGER TO WFB
~~c/o McCalla Raymer Leibert~~
~~301 E Ocean Blvd Ste 1720~~
~~Long Beach, CA 90802-8813~~

2710 GATEWAY OAKS
DR# 150 N
SACRAMENTO CA 95833

BANK OF AMERICA, N.A.
Alison Valerie Lippa, Esq.
McGuireWoods LLP
2 Embarcadero Ctr, Ste 1300
San Francisco, CA 94111-3821

Employment Development Dept.
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


NEF  0973-8 c/o Swedelson
Gottlieb
Alyssa B. Klausner, Esq.
11900 W Olympic Blvd., Ste 700
Los Angeles, CA 90064-1045


Franchise Tax Board
Bankruptcy Section MS: A-340
P.O. Box 2952
Santa Ana, CA 92701-4500


Santa Ana Division
411 West Fourth Street, Ste 2030
Santa Ana CA 92701


Cox Cable
4929 Edinger Ave
Huntington Beach CA 92649


DMV (p)
P O Box 942897
Sacramento CA 94297-0897


SDG&E
PO Box 25111
Santa Ana Ca 92799-5111


Santa Margarita Water Dist
P O Box 51238
Los Angeles CA 90051-5538


SocalGas
P O Box C
Monterey Park CA 91756-5111


United States Trustee (SA)
411 W Fourth St., Suite 7160
Santa Ana, CA 92701-4500


Gary James Sroka
324 Via Promesa
San Clemente, Ca 92673-6820

**Excerpt No.   "6"**

Gary J. Sroka
324 Via Promesa
San Clemente, CA 92673
(949) 285-8665

FILED

NOV 07 2019

CLERK U.S. BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
BY:                    Deputy Clerk

Attorney For:          Gary J. Sroka, Debtor;

# UNITED STATES BANKRUPTCY COURT

## CENTRAL DISTRICT OF CALIFORNIA, SANTA ANA DIVISION

|  |  |
|---|---|
| In re: | Adv. Case No. 8:19-ap-01097-TA |
|  | BK Case No. 8:19-bk-11841-TA |
| Gary J. Sroka, | Chapter 7 |
| Debtor. | PLAINTIFF'S AFFIDAVIT RE COMPLAINT FILED WITH CONSUMER FINANCIAL PROTECTION BUREAU |

Sroka, Gary, Debtor, (hereinafter "Debtor") hereby files his Affidavit regarding the filing of his Complaint with the Consumer Financial Protection Bureau, which is attached hereto.

Dated: November 6, 2019.

By: _____
Sroka, Gary

Plaintiff and Debtor, In pro per

///

ORIGINAL P94

**In the matter of:**

1

2  Gary J. Sroka
   c/o three two four Via Promesa
3  San Clemente. Nation California.
4  non-domestic without the u.s.

5

6              CFPB Complaint Number 191107-4529535 & 191107-4529554

7                          **AFFIDAVIT OF FACTS**
                                **Of Events**
8                  **Notice of Title 15 U.S.C. §1692g** *et, al*

9

10  KNOW ALL MEN BY THESE PRESENTS:

11

12  Gary James Sroka (hereinafter "Consumer"), a private civilian am a natural person and living man
    and do hereby make oath and affirm before my all mighty god the following statements to be true,
13  the whole truth, correct, and complete, to the best of the knowledge and belief, and retain my
14  consumer rights, as a Consumer i further state Facts with intent for and on the record:

15  FACTS:

16     1. Statement of Fact Pursuant to rules defined under Title 15 U.S.C. §1602(i) GARY J.
17        SROKA is considered a consumer; and

18     2. Statement of Fact Pursuant to rules defined under Title 15 U.S.C. §1692a(3), a consumer
19        is the natural person; and

20     3. Statement of Fact Pursuant to rules defined under Title 15 U.S.C. §1692a(4) the consumer
21        is the creditor; and

22     4. Statement of Fact Pursuant to rules defined under Title 15 U.S.C. §1692g(4)(5) the allege
23        debt collector Mr. COOPER for allege account no 0617169545 has failed to comply; and

24     5. Statement of Fact Pursuant to rules defined under Title 15 U.S.C. §1692g(4)(5) the allege
          debt collector REAL TIME RESOLUTIONS for allege account no 0063587558 has failed
25        to comply; and

26     6. Statement of Fact Mr. COOPER has violated several federal laws listed under the Fair Debt
27        Collection Practices Act and Truth in Lending Act; and

28

Exhibit A – Consumer Enforcement Action Claims 191107-4529535 & 191107-4529554
NOTICE TO AGENT IS NOTICE TO PRINCIPAL; NOTICE TO PRINCIPAL IS NOTICE TO AGENT

P2
P 95

7. Statement of Fact REAL TIME RESOLUTIONS has violated several federal laws listed under the Fair Debt Collection Practices Act and Truth in Lending Act; and

8. The Consumer is entitled to monetary relief, actual and statutory damages pursuant to Title 15 U.S.C. §1692k, if settlement is not reached by consumers desires. (see Title 15 U.S.C. §1692f); and

9. Statement of Fact Pursuant to Title 15 U.S.C. 1692a(5) The term "debt" means any obligation or alleged obligation of a consumer to pay money arising out of a transaction in which the money, property, insurance, or services which are the subject of the transaction are primarily for personal, family, or household purposes, whether or not such obligation has been reduced to judgment; and

10. Statement of Fact the Home Mortgage Security Instrument dealing with my personal, family and house hold purposes as my abode, regarding the real property at 324 Via Promesa. San Clemente. Nation California…with the allege assignee BANK OF AMERICA, N.A. (deed of trust) dated 02/10/2003 Document number 2003000194556 of Official Records in the Office of the Recorder of Orange County, California, inclusive of the note was Tendered Of Payment pursuant to your rules under Uniform Commercial Code §3-603 (b) *[if tender of payment of an obligation to pay an instrument is made to a person (corporation) entitle to enforce the instrument and the tender is refused, there is discharge, to the extent of the amount of the tender, of the obligation of an indorser or accommodation party having a right of recourse with respect to the obligation to which the tender relates]* Whereby Mr. COOPER and REAL TIME RESOLUTIONS are violating such code.

    a. Fact: The Note and Security Instrument was issued a tender of payment to satisfy all debt claims issued to BANK OF AMERICA, N.A. and WELLS FARGO BANK, NATIONAL ASSOCIAION, SUCCESSOR BY MERGER TO WELLS FARGO BANK MINNESOTA, NATIONAL ASSOCIATION; AS TRUSTEE FOR Bank of America, Mortgage Securities, Inc. on or about 04/03/2016; no other communication was received dealing with tender of payments issued to settle account in full;

    b. Fact: The Security Instrument (deed of trust) was rescinded, due to non-disclosure, whereby tender of payment was issued to settle any obligation due;

Exhibit A – Consumer Enforcement Action Claims 191107-4529535 & 191107-4529554
NOTICE TO AGENT IS NOTICE TO PRINCIPAL; NOTICE TO PRINCIPAL IS NOTICE TO AGENT

P96

c. <u>Fact:</u> Third party debt collector Mr. COOPER with allege account number 0617169545 expressed a claim on the debt that was tendered;

   i. With clean hands, Mr. COOPER was issued four consecutive tenders of payments to satisfy all debt claims by special deposit for credit on account per their request, over a period of several months, accepted and acknowledged by Mr. COOPER;

      1. Confirmed receipt verified default 7015 3010 0000 8586 4190; EE 147569530 US; 7015 3010 0000 8586 4411; accepted and acknowledged by Mr. COOPER... 8/29/18- EE198157612US; 10/29/18- EG926511859US; 11/29/18- EI228846017US; 01/30/19- 701710000092508732

      2. Mr. COOPER has provided receipt of tenders issued but failed to document all full credits issued only documented partial;

      3. Mr. COOPER acts constitute multiple violations of said Universal Commercial Codes as documented above.

      4. As a result of the tender of payments issued and accepted and documented acknowledged, and partial refused documents the consumer GARY J. SROKA has been harmed, by placing the allege debt in foreclosure and failure to disclose that tender of payments issued where accepted and partial refused; constitutes several violations pursuant to TITLE 15;

d. <u>Fact:</u> Third party debt collector REAL TIME RESOLUTIONS with allege account number 0063587558 expressed a claim on the debt that was tendered;

   i. With clean hands, REAL TIME RESOLUTIONS was issued four consecutive tenders of payments to satisfy all debt claims by special deposit for credit on account per their request, over a period of several months, accepted and acknowledged by REAL TIME RESOLUTIONS;

      1. Confirmed receipt verified default 7015 3010 0000 8586 4428; EE 147569526 US; 7015 3010 0000 8586 4244; accepted and acknowledged by REAL TIME RESOLUTIONS... 08/27/18-

Exhibit A – Consumer Enforcement Action Claims 191107-4529535 & 191107-4529554
NOTICE TO AGENT IS NOTICE TO PRINCIPAL; NOTICE TO PRINCIPAL IS NOTICE TO AGENT

P94
P97

EE198157626US;    10/24/18-    EG926511831US;    12/01/18-
EI228846003US;

2. REAL TIME RESOLUTIONS has provided receipt of tenders issued but failed to document all credits issued;

3. REAL TIME RESOLUTIONS acts constitute multiple violations of said Universal Commercial Codes as documented above.

4. As a result of the tender of payments issued and accepted and documented acknowledged, and partial refused documents the consumer GARY J. SROKA has been harmed, by placing the allege debt in foreclosure and failure to disclose that tender of payments issued where accepted and partial refused; constitutes several violations pursuant to TITLE 15;

Fact: consumer is an adult, of legal age of majority, a competent Native of New York, a natural person, a consumer operating my private civilian capacity; as documented in the security instrument rescinded in compliance of the law;

Fact: consumer was born a male on the 6th day of February 1961 on the land of Buffalo. Nation New York; with DNA of proof of birth of a man;

Fact: natural person full legal straw name is GARY JAMES SROKA inclusive of all derivatives as documented as GARY J. SROKA non-domestic Without the u.s.

Fact: consumer have choose to exercise my consumer rights and common law rights to correct my name in proper grammar as Gary James Sroka *nunc pro tunc* as of the day of birth; the named parties continue to violate the consumers right as decreed and addresses the wrong party in question;

Fact: consumer was decreed under oath for this correction to have my legal records bear the name Gary James Sroka in proper grammar, in honor of my Father and Mother Exodus 20:12; the named debt collectors continue to violate pursuant to TITLE 15 my consumer rights and my consumer right of due process;

**NOTE**: *This correction is my legal proper name and is not and has not been made to avoid creditors or for any illegal or fraudulent purposes. i offer a true and*

Exhibit A – Consumer Enforcement Action Claims 191107-4529535 & 191107-4529554
NOTICE TO AGENT IS NOTICE TO PRINCIPAL; NOTICE TO PRINCIPAL IS NOTICE TO AGENT

P98

*correct copy of the notification to local law enforcement authority of the proposed name correction for them to properly update their records and document my civilian rights; i did not request this name correction for the purpose of falsifying records, nor to avoid any debts, nor for any other wrongful, fraudulent, or capricious act.*

Fact: consumer requested change for correction of name is in the interest or to the benefit of Consumer as a natural person and my rights to operate in trust in my private capacity and this is in the interest of the public.

Fact: Consumer is in fact, the natural person, a consumer and a living man of God, of this Affidavit of Facts, so there is no misunderstanding nor any misinterpretation of the facts presented.

WHEREFORE, Consumer, without malice, do hereby make oath and affirm, that any and all alleged contracts, legal documents, or instruments existing or presumed to exist with or in relation to the artificial person represented as "*GARY J. SROKA" or any derivatives of that name (*i.e.* spelled in ALL CAPITAL LETTERS) and with or without wet-ink signature, refer to an entirely different fictional legal entity, designed without full disclosure by various agencies as separate legal fictions, have jurisdiction subject to Consumer as a natural person and a living man. Whereby a rescission was made and proper tender of payments issued acknowledged and accepted by receipt. all consents to use, sell or any allege claims are hereby Rescinded, Revoked, terminated, *nunc pro tunc* as of the day of birth, and all are hereby notice continued use is a violation of consumer rights.

HOWEVER, the promissory note that GARY J. SROKA alleged issue to BANK OF AMERICA, N.A. (originator), was never transferred to Mr. COOPER nor REAL TIME RESOLUTIONS, along with the corresponding security deed. With these two-instrument bifurcated, tendered and rescinded, neither Mr. COOPER nor REAL TIME RESOLUTIONS has not standing to foreclose on the property in question; again, continued violations of consumer rights pursuant to TITLE 15

Fact: both Mr. COOPER and REAL TIME RESOLUTIONS continue to Violate TITLE 15 U.S.C. §1592(f)(6), unfair debt collection practices, causing the consumer and the consumers family extraordinary hardship and stress;

Fact: Mr. COOPER and REAL TIME RESOLUTIONS continues wrongful acts after acceptance of tender of payment, without providing procedurally proper validation of the debt, constitutes *the*

Exhibit A – Consumer Enforcement Action Claims 191107-4529535 & 191107-4529554
NOTICE TO AGENT IS NOTICE TO PRINCIPAL; NOTICE TO PRINCIPAL IS NOTICE TO AGENT

P6
P99

use of interstate communications in a scheme of fraud, by advancing a writing, which is false, with the intention that others rely on the written communication to their detriment; a violation pursuant to TITLE 18 PART 1 CHAPTER 63 § 1341.

Consumer further makes oath and affirms that any and all negotiable instruments, documents or conventions issued by the corporation of the STATE OF NEW YORK, or the STATE OF CALIFORNIA, or any other STATE assumed possession and claim rights of Consumer(s)

Debt Collectors Mr. COOPER inclusive of REAL TIME RESOLUTIONS have failed to rebut the claims as of 08/25/2019 through the present made herein point by point, pursuant to federal law, shall constitute their tactic agreement that the claims are true, genuine and correct, by their acceptance and acknowledgement that all parties are in an agreement on all points and all parties further agree that the above named debt collectors agree not to interfere with consumers privacy nor abode in the future and monetary damages. If this affidavit is not rebutted point by point by within five (5) days upon receipt of this affidavit to the statement of facts within and damages sought in consumers enforcement action. If Mr. COOPER, and if REAL TIME RESOLUTIONS fail to respond a notary public will issue a Certificate of Non-Response/Dishonor [Silence is Acquiescence]. This will and shall become public record attached with an invoice with damages for non-compliance pursuant to Title 15 U.S.C. §1692 et., al and Truth in Lending Act pursuant to Title 15 U.S.C. §1601 et, al. A Claim will be filed with the Consumer Financial Protection Bureau (CFPB);

This Affidavit constitutes notice of facts, notice given and Consumer Affidavit of Identity, to document there is no misunderstanding, no presumptions. Until and unless this Affidavit of Facts presented is rebutted by counter-affidavit of facts, point-for-point or should any single point of this Affidavit of facts be successfully rebutted, within five days of receipt …all remaining points not similarly rebutted it stands as truth in commercial law, all violators will be invoiced. So, affirmed and humbly declared, before the goodness of the Creator. Without prejudice and all consumer rights reserved.

Signed: _____, A Natural Person and Living man
*Sroka, Gary* - Grantor/Settlor/Consumer/a natural person and authorized Without recourse

Exhibit A – Consumer Enforcement Action Claims 191107-4529535 & 191107-4529554
NOTICE TO AGENT IS NOTICE TO PRINCIPAL; NOTICE TO PRINCIPAL IS NOTICE TO AGENT

**ATTACHMENT "1"**

 An official website of the United States Government

 Consumer Financial
Protection Bureau
(https://www.consumerfinance.gov/)

Submit a complaint  / Complaint filed

# Your complaint

## Complaint Number 191107-4529535

## Step 1

### What product or service is your complaint about?

**PRODUCT OR SERVICE**

Debt collection

**TYPE**

Mortgage debt

## Step 2

### What type of problem are you having?

**ISSUE**

Attempts to collect debt not owed

**TYPE OF ISSUE**

Debt was paid

**HAVE YOU ALREADY TRIED TO FIX
THIS PROBLEM WITH THE
COMPANY?**

Yes

# Step 3

## What happened?

Consumer, a private civilian am a natural person and living man and do
hereby make oath and affirm before my all mighty god the following
statements to be true, the whole truth, correct, and complete, to the best of
the knowledge and belief, and retain my consumer rights, as a Consumer i
further state Facts with intent for and on the record: FACTS: 1. Statement of
Fact(s) a. Pursuant to rules defined under Title 15 U.S.C. §1602(i) Claimant is
considered a consumer; and b. Pursuant to rules defined under Title 15
U.S.C. §1692a(3), a consumer is the natural person; and c. Pursuant to rules
defined under Title 15 U.S.C. §1692a(4) the consumer is the creditor; and d.
Pursuant to rules defined under Title 15 U.S.C. §1692g(4)(5) the allege debt
collector Mr. COOPER for allege account no xxxxx9545 has failed to
comply; and e. Pursuant to rules defined under Title 15 U.S.C. §1692g(4)(5)
the allege debt collector REAL TIME RESOLUTIONS for allege account no
xxxxxx7558 has failed to comply; and f. Mr. COOPER has violated several
federal laws listed under the Fair Debt Collection Practices Act and Truth in
Lending Act; and g. REAL TIME RESOLUTIONS has violated several federal
laws listed under the Fair Debt Collection Practices Act and Truth in Lending
Act; and h. The consumer is entitled to monetary relief, actual and statutory
damages pursuant to Title 15 U.S.C. §1692k, if settlement is not reached by
consumers desires. (see Title 15 U.S.C. §1692f); and i. Pursuant to Title 15
U.S.C. 1692a(5) The term "debt" means any obligation or alleged obligation
of a consumer to pay money arising out of a transaction in which the
money, property, insurance, or services which are the subject of the
transaction are primarily for personal, family, or household purposes,
whether or not such obligation has been reduced to judgment; and j. Home
Mortgage Security Instrument dealing with my personal, family and house
hold purposes as my abode, regarding the real property at San Clemente.
Nation California...with the allege assignee BANK OF AMERICA, N.A.{deed
of trust) dated 02/10/2003 of Official Records in the Office of the Recorder
of Orange County, California, inclusive of the note was Tendered Of
Payment pursuant to your rules under Uniform Commercial Code §3-603
(b) [if tender of payment of an obligation to pay an instrument is made to a
person (corporation) entitle to enforce the instrument and the tender is
refused, there is discharge, to the extent of the amount of the tender, of the
obligation of an indorser or accommodation party having a right of

recourse with respect to the obligation to which the tender relates]
Whereby Mr. COOPER and REAL TIME RESOLUTIONS are violating such
code. k. Fact: The Note and Security Instrument was issued a tender of
payment to satisfy all debt claims issued to BANK OF AMERICA, N.A. and
WELLS FARGO BANK, NATIONAL ASSOCIAION, SUCCESSOR BY MERGER
TO WELLS FARGO BANK MINNESOTA, NATIONAL ASSOCIATION; AS
TRUSTEE FOR Bank of America, Mortgage Securities, Inc. on or about
04/03/2016; no other communication was received dealing with tender of
payments issued to settle account in full; l. Fact: The Security Instrument
(deed of trust) was rescinded, due to non-disclosure, whereby tender of
payment was issued to settle any obligation due; m. Fact: Third party debt
collector Mr. COOPER with allege account expressed a claim on the debt
that was tendered; i. With clean hands, Mr. COOPER was issued four
consecutive tenders of payments to satisfy all debt claims by special
deposit for credit on account per their request, over a period of several
months, accepted and acknowledged by Mr. COOPER; 1. Confirmed
receipt verified default 7015 3010 0000 8586 4190; EE 147569530 US;
7015 3010 0000 8586 4411; accepted and acknowledged by Mr.
COOPER... 8/29/18- EE198157612US; 10/29/18- EG926511859US;
11/29/18- EI228846017US; 01/30/19- 701710000092508732 2. Mr.
COOPER has provided receipt of tenders issued but failed to document all
full credits issued only documented partial; 3. Mr. COOPER acts constitute
multiple violations of said Universal Commercial Codes as documented
above. 4. As a result of the tender of payments issued and accepted and
documented acknowledged, and partial refused documents the consumer
has been harmed, by placing the allege debt in foreclosure and failure to
disclose that tender of payments issued where accepted and partial
refused; constitutes several violations pursuant to TITLE 15; n. Fact: Third
party debt collector REAL TIME RESOLUTIONS with allege account
expressed a claim on the debt that was tendered; i. With clean hands, REAL
TIME RESOLUTIONS was issued four consecutive tenders of payments to
satisfy all debt claims by special deposit for credit on account per their
request, over a period of several months, accepted and acknowledged by
REAL TIME RESOLUTIONS; 1. Confirmed receipt verified default 7015 3010
0000 8586 4428; EE 147569526 US; 7015 3010 0000 8586 4244; accepted
and acknowledged by REAL TIME RESOLUTIONS... 08/27/18-
EE198157626US; 10/24/18- EG926511831US; 12/01/18- EI228846003US;
2. REAL TIME RESOLUTIONS has provided receipt of tenders issued but
failed to document all credits issued; 3. REAL TIME RESOLUTIONS acts
constitute multiple violations of said Universal Commercial Codes as
documented above. 4. As a result of the tender of payments issued and

accepted and documented acknowledged, and partial refused documents the consumer has been harmed, by placing the allege debt in foreclosure and failure to disclose that tender of payments issued where accepted and partial refused; constitutes several violations pursuant to TITLE 15;

☐ **I want the CFPB to publish this description on consumerfinance.gov so that others can learn from my experience.**

The CFPB will take steps to remove my personal information from this description but someone may still be able to identify me. <u>Learn how it works</u>. I consent to publishing this description after the CFPB has taken these steps.

## What would be a fair resolution to this issue?

As a federally protected consumer, a natural person as the original creditor, principal on all accounts created by said signet, I order Mr. COOPER and REAL TIME RESOLUTIONS to make recompenses and pay redress and compensation for your tress pass against the consumer. you re attempting to extort and rob the consumer using deceptive, misleading and abusive practices against the consumer personally, my family and my abode. This is criminal activity at least and unacceptable by every means. Mr. COOPER and REAL TIME RESOLUTIONS, you have both committed a few federal violations against the consumer, a private civilian, a natural person abiding Federally protected consumer. Each violation is statutory cost of $1,000.00, which does not include my person cost and fees(which I determine) for taking time to address these issues. Violations committed against the consumer include but not limited to as follows: Violation of Title 15 U.S.C. 1692c(a); 1692d; 1692e; 1692e(7); 1692f; Truth in Lending Act 12 CFR Part 1026 Regulation(2); additional damages and emotional distress, defamation of character; other unseen injuries; Mr. COOPER and REAL TIME RESOLUTIONS and its representatives successors and assigned is Civilly liable for your transgressions against a consumer, pursuant to 1692k, I move for this lawful action ordering judgment against each of you. for your violations, consumer is assessing a penalty/fine and recoupment of $500,000 to be settled immediately upon receiving this communication, you have 10 days of receipt of this enforcement action to settle this matter and return the security instrument settled in full and title returned to consumers estate trust. if you don't comply there will be a $3000 additional

penalty per day plus interest. you have agreed and stipulated to this consumer consent order for your participation in interstate commerce, agreeing and stipulating to consumer terms and for monetary compensation commoner may arise to in addition, if you don not comply fully you will be obstruction justice and held in contempt to be tried as a criminal. I move to settle this matter one of two ways, stated above.. recoupment is required and seek a clean title. Remove all negative remarks with credit reporting agencies, document debt claims paid in full with and a mutual signed non disclosure letter or consent to continue with a public claim.

## Step 4

### What company is this complaint about?

**COMPANY INFORMATION**

Mr COOPER

**INVOLVEMENT**

Debt Collector

**ACCOUNT NUMBER**

0617169545

**OTHER INFORMATION ABOUT THIS COMPANY**

Mr. COOPER

Post Office Box 60516

City of Industry, California 75373-1940

www.mrcooper.com

855-375-4001

# Step 5

## What people are involved?

**YOUR CONTACT INFORMATION**

Gary J Sroka

intrust@mctpem.com

# About us

The CFPB is an independent federal agency built to protect consumers. We write and enforce rules that keep banks and other financial companies operating fairly. We also educate and empower consumers, helping them make more informed choices to achieve their financial goals.

**HAVE A QUESTION? ¿PREGUNTAS?**

(855) 411-2372

**Privacy Act Statement**

OMB #3170-0011

Have a question? ¿Preguntas?

(855) 411-2372

 An official website of the United States Government

 An official website of the United States Government

 **Consumer Financial Protection Bureau** (https://www.consumerfinance.gov/)

Submit a complaint / Complaint filed

# Your complaint

## Complaint Number 191107-4529554

## Step 1

### What product or service is your complaint about?

**PRODUCT OR SERVICE**
Debt collection

**TYPE**
Mortgage debt

## Step 2

### What type of problem are you having?

**ISSUE**
Attempts to collect debt not owed

**TYPE OF ISSUE**
Debt was already discharged in bankruptcy and is no longer owed

**HAVE YOU ALREADY TRIED TO FIX THIS PROBLEM WITH THE COMPANY?**
Yes

# Step 3

## What happened?

Consumer, a private civilian am a natural person and living man and do hereby make oath and affirm before my all mighty god the following statements to be true, the whole truth, correct, and complete, to the best of the knowledge and belief, and retain my consumer rights, as a Consumer i further state Facts with intent for and on the record: FACTS: 1. Statement of Fact(s) a. Pursuant to rules defined under Title 15 U.S.C. §1602(i) Claimant is considered a consumer; and b. Pursuant to rules defined under Title 15 U.S.C. §1692a(3), a consumer is the natural person; and c. Pursuant to rules defined under Title 15 U.S.C. §1692a(4) the consumer is the creditor; and d. Pursuant to rules defined under Title 15 U.S.C. §1692g(4)(5) the allege debt collector Mr. COOPER for allege account no xxxxxx9545 has failed to comply; and e. Pursuant to rules defined under Title 15 U.S.C. §1692g(4)(5) the allege debt collector REAL TIME RESOLUTIONS for allege account no xxxxxx7558 has failed to comply; and f. Mr. COOPER has violated several federal laws listed under the Fair Debt Collection Practices Act and Truth in Lending Act; and g. REAL TIME RESOLUTIONS has violated several federal laws listed under the Fair Debt Collection Practices Act and Truth in Lending Act; and h. The consumer is entitled to monetary relief, actual and statutory damages pursuant to Title 15 U.S.C. §1692k, if settlement is not reached by consumers desires. (see Title 15 U.S.C. §1692f); and i. Pursuant to Title 15 U.S.C. 1692a(5) The term "debt" means any obligation or alleged obligation of a consumer to pay money arising out of a transaction in which the money, property, insurance, or services which are the subject of the transaction are primarily for personal, family, or household purposes, whether or not such obligation has been reduced to judgment; and j. Home Mortgage Security Instrument dealing with my personal, family and house hold purposes as my abode, regarding the real property at San Clemente. Nation California...with the allege assignee BANK OF AMERICA, N.A.(deed of trust) dated 02/10/2003 of Official Records in the Office of the Recorder of Orange County, California, inclusive of the note was Tendered Of Payment pursuant to your rules under Uniform Commercial Code §3-603 (b) [if tender of payment of an obligation to pay an instrument is made to a person (corporation) entitle to enforce the instrument and the tender is refused, there is discharge, to the extent of the amount of the tender, of the obligation of an indorser or accommodation party having a right of

recourse with respect to the obligation to which the tender relates]
Whereby Mr. COOPER and REAL TIME RESOLUTIONS are violating such
code. k. Fact: The Note and Security Instrument was issued a tender of
payment to satisfy all debt claims issued to BANK OF AMERICA, N.A. and
WELLS FARGO BANK, NATIONAL ASSOCIAION, SUCCESSOR BY MERGER
TO WELLS FARGO BANK MINNESOTA, NATIONAL ASSOCIATION; AS
TRUSTEE FOR Bank of America, Mortgage Securities, Inc. on or about
04/03/2016; no other communication was received dealing with tender of
payments issued to settle account in full; l. Fact: The Security Instrument
(deed of trust) was rescinded, due to non-disclosure, whereby tender of
payment was issued to settle any obligation due; m. Fact: Third party debt
collector Mr. COOPER with allege account expressed a claim on the debt
that was tendered; i. With clean hands, Mr. COOPER was issued four
consecutive tenders of payments to satisfy all debt claims by special
deposit for credit on account per their request, over a period of several
months, accepted and acknowledged by Mr. COOPER; 1. Confirmed
receipt verified default 7015 3010 0000 8586 4190; EE 147569530 US;
7015 3010 0000 8586 4411; accepted and acknowledged by Mr.
COOPER... 8/29/18- EE198157612US; 10/29/18- EG926511859US;
11/29/18- EI228846017US; 01/30/19- 701710000092508732 2. Mr.
COOPER has provided receipt of tenders issued but failed to document all
full credits issued only documented partial; 3. Mr. COOPER acts constitute
multiple violations of said Universal Commercial Codes as documented
above. 4. As a result of the tender of payments issued and accepted and
documented acknowledged, and partial refused documents the consumer
has been harmed, by placing the allege debt in foreclosure and failure to
disclose that tender of payments issued where accepted and partial
refused; constitutes several violations pursuant to TITLE 15; n. Fact: Third
party debt collector REAL TIME RESOLUTIONS with allege account
expressed a claim on the debt that was tendered; i. With clean hands, REAL
TIME RESOLUTIONS was issued four consecutive tenders of payments to
satisfy all debt claims by special deposit for credit on account per their
request, over a period of several months, accepted and acknowledged by
REAL TIME RESOLUTIONS; 1. Confirmed receipt verified default 7015 3010
0000 8586 4428; EE 147569526 US; 7015 3010 0000 8586 4244; accepted
and acknowledged by REAL TIME RESOLUTIONS... 08/27/18-
EE198157626US; 10/24/18- EG926511831US; 12/01/18- EI228846003US;
2. REAL TIME RESOLUTIONS has provided receipt of tenders issued but
failed to document all credits issued; 3. REAL TIME RESOLUTIONS acts
constitute multiple violations of said Universal Commercial Codes as
documented above. 4. As a result of the tender of payments issued and

accepted and documented acknowledged, and partial refused documents
the consumer has been harmed, by placing the allege debt in foreclosure
and failure to disclose that tender of payments issued where accepted and
partial refused; constitutes several violations pursuant to TITLE 15;

   ☐  **I want the CFPB to publish this description on consumerfinance.gov so**
       **that others can learn from my experience.**

       The CFPB will take steps to remove my personal information from this
       description but someone may still be able to identify me. Learn how it
       works. I consent to publishing this description after the CFPB has taken
       these steps.

---

## What would be a fair resolution to this issue?

As a federally protected consumer, a natural person as the original creditor,
principal on all accounts created by said signet, I order Mr. COOPER and
REAL TIME RESOLUTIONS to make recompenses and pay redress and
compensation for your tress pass against the consumer. you re attempting
to extort and rob the consumer using deceptive, misleading and abusive
practices against the consumer personally, my family and my abode. This is
criminal activity at least and unacceptable by every means. Mr. COOPER
and REAL TIME RESOLUTIONS, you have both committed a few federal
violations against the consumer, a private civilian, a natural person abiding
Federally protected consumer. Each violation is statutory cost of $1,000.00,
which does not include my person cost and fees (which I determine) for
taking time to address these issues. Violations committed against the
consumer include but not limited to as follows: Violation of Title 15 U.S.C.
1692c(a); 1692d; 1692e; 1692e(7); 1692f; Truth in Lending Act 12 CFR Part
1026 Regulation(2); additional damages and emotional distress,
defamation of character; other unseen injuries; Mr. COOPER and REAL
TIME RESOLUTIONS and its representatives' successors and assigned is
Civilly liable for your transgressions against a consumer, pursuant to 1692k,
I move for this lawful action ordering judgment against each of you. for your
violations, consumer is assessing a penalty/fine and recoupment of
$250000 to be settled immediately upon receiving this communication, you
have 10 days of receipt of this enforcement action to settle this matter and
return the security instrument settled in full and title returned to consumers
estate trust. if you don't comply there will be a $3000 additional penalty per

day plus interest. you have agreed and stipulated to this consumer consent order for your participation in interstate commerce, agreeing and stipulating to consumer terms and for monetary compensation commoner may arise to in addition, if you do not comply fully you will be obstruction justice and held in contempt to be tried as a criminal. I move to settle this matter one of two ways, stated above. recoupment is required and seek a clean title. Remove all negative remarks with credit reporting agencies, document debt claims paid in full with and a mutual signed non-disclosure letter or consent to continue with a public claim.

---

# Step 4

## What company is this complaint about?

**COMPANY INFORMATION**
REAL TIME RESOLUTIONS, INC.

**INVOLVEMENT**
Debt Collector

**ACCOUNT NUMBER**
0063587558

**COMPANY WHERE THE DEBT ORIGINALLY CAME FROM**
BANK OF AMERICA, NATIONAL ASSOCIATION

**INVOLVEMENT**
Creditor

**ACCOUNT NUMBER**

**COMPLAINT ALSO SUBMITTED TO THIS COMPANY?**
false

**ATTEMPTED TO FIX WITH THIS COMPANY?**
Yes

---

# Step 5

## What people are involved?

**YOUR CONTACT INFORMATION**

Gary J Sroka

intrust@mctpem.com

# About us

The CFPB is an independent federal agency built to protect consumers. We write and enforce rules that keep banks and other financial companies operating fairly. We also educate and empower consumers, helping them make more informed choices to achieve their financial goals.

**HAVE A QUESTION? ¿PREGUNTAS?**

(855) 411-2372

Privacy Act Statement

OMB #3170-0011

Have a question? ¿Preguntas?

(855) 411-2372

An official website of the United States Government

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
324 Via Promesa
San Clemente, CA 92673

A true and correct copy of the foregoing document entitled (*specify*): <u>CASE NO. 8:19-ap-01097-TA</u>
<u>   Affidavit regarding the filing of his Complaint with the Consumer Financial Protection Bureau;   </u>

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) _____, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) <u>  11/07/2019  </u>, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge <u>will be completed</u> no later than 24 hours after the document is filed.
   Dane W Exnowski 301 E. Ocean Blvd., Suite 1720 Long Beach, CA 90802;  Ethan Schatz, Esq., Two Embarcadero Center, Ste 1300  San Francisco, CA 94111;  Richard A Marshack (TR) 870 Roosevelt Irvine, CA 92620;  Nathaniel R Lucey 152 North Third Street Ste 700  San Jose, CA 95112;  United States Trustee (SA) 411 W Fourth St., Ste 7160 Santa Ana, CA 92701-4593;

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL** (state method for each person or entity served): Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) _____, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge <u>will be completed</u> no later than 24 hours after the document is filed.

☐ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| | | |
|---|---|---|
| <u>11/07/2019</u> | <u>LENA MARCKINI</u> | *Lena Marckini* |
| *Date* | *Printed Name* | *Signature* |

This form is mandatory.  It has been approved for use by the United States Bankruptcy Court for the Central District of California.

**F 9013-3.1.PROOF.SERVICE**

Civ Case No. 8:19-cv-2496-PA                                   Page 2

## (CERTIFICATION OF SERVICE)

I hereby certify that on the 23rd Day of April 2020, I personally served, via U.S. Mail a true copy of the within, Case No. 8:19-cv-02496-PA:  APPELLANT'S EXCERPTS FROM THE RECORD ON APPEAL; at the time and place stated hereunder to:

Appellant
Gary James Sroka
324 Via Promesa
San Clemente, CA 92673 949-285-8665

Bank of America NA c/o
E Christine Hehir; Ethan Schatz
McGuireWoods LLP
1800 Century Park East 8th Floor
Los Angeles, CA 90067-1501
310-315-8200 310-3150-8210 (fax) chehir@mcguirewoods.com

NBS Default Services LLC; Nationstar Mortgage LLC
Dane Wyatt Exnowski
McCalla Raymer Leibert Pierce, LLP
301 East Ocean Boulevard Suite 1720
Long Beach, CA 90802  562-661-5060  dane.exnowski@mccalla.com

Real Time Resolutions Inc.
Sharon Lynn Hightower; Nathaniel R Lucey
Ericksen Arbuthnot
152 North Third Street Suite 700
San Jose, CA 95112    408-286-0880 408-286-0337 (fax)
shightower@ericksenarbuthnot.com; nlucey@ericksenarbuthnot.com

Clerk, Supreme Court of California
350 McAllister Street
San Francisco, CA 94102

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed at San Clemente, State of California on April 23, 2020.


Signature of Declarant
Full name of Declarant/Title:      Lena Marckini




PRIORITY MAIL EXPRESS®

VISIT US AT USPS.COM®
Label 119, Jan 2015

UNITED STATES POSTAL SERVICE®



EJ 305 920 220 US

U.S. POSTAGE
PME 1-Day
ATWOOD
92811
APR 23 20
AMOUNT
$27.95
R2304N11

1007   90012

PAYMENT BY ACCOUNT (if applicable)
USPS® Corporate Acct. No.   Federal Agency Acct. No. or Postal Service™ Acct. No.

PHONE (

ROXANA
VERTA DEL SOL
PUENTE CA
92673

ORIGIN (POSTAL SERVICE USE ONLY)
☑ 1-Day   ☐ 2-Day   ☐ Military   ☐ DPO

PO ZIP Code          Scheduled Delivery Date (MM/DD/YY)   Postage
92811               4/24/20                              $ 27.95

Date Accepted (MM/DD/YY)   Scheduled Delivery Time   Insurance Fee   COD Fee
04/23/20                  ☐ 10:30 AM ☑ 3:00 PM                       $
                         ☑ 12 NOON

Time Accepted   10:30 AM Delivery Fee   Return Receipt Fee   Live Animal Transportation Fee
16:01  ☐ AM ☑ PM                        $                    $

Special Handling/Fragile   Sunday/Holiday Premium Fee   Total Postage & Fees
$                          $                             $ 27.95

Weight   ☐ Flat Rate   Acceptance Employee Initials
3.14     lb.  oz         S

DELIVERY (POSTAL SERVICE USE ONLY)
Delivery Attempt (MM/DD/YY)   Time   ☐ AM ☐ PM   Employee Signature
Delivery Attempt (MM/DD/YY)   Time   ☐ AM ☐ PM   Employee Signature

LABEL 11-B, MARCH 2019   PSN 7690-02-000-9996

RECEIVED
CLERK, U.S. DISTRICT COURT
APR 2 4 2020
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY




(PA)

PRST OF CH.
OF COURT
TEMPLE #134
GELES CA
2 - 3309




PRIORITY MAIL EXPRESS

VISIT US AT USPS.COM®
Label 119, Jan 2015

UNITED STATES POSTAL SERVICE®

Gary J Sroka
324 Via Promesa
San Clemente CA 92673-6820
[8:19-cv-02496-PA]

Central District of California-Clerk
255 E Temple St Ste 134
Los Angeles CA 90012-3309

To schedule free
Package Pickup,
scan the QR code.



USPS.COM/PICKUP